UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x
PLAYMORE INC., PUBLISHERS,          :     Case No. 07-cv-3057
                                    :
              Plaintiff,            :
                                    :     **RULE 7.1 STATEMENT**
     v.                             :
                                    :
WALDMAN PUBLISHING CORP.,           :
                                    :
              Defendant.            :
---------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Playmore Inc., Publishers (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held.

NONE

Date: April 16, 2007

                                            Signature of Attorney
                                            Richard B. Cohen (RC 5103)

NY1 29170v1 04/16/07