UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

$SAND, J$

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLAYMORE INC., PUBLISHERS,

07 CV 3057

         Plaintiff,

JUDGE SAND

ORDER TO SHOW CAUSE FOR
PRELIMINARY INJUNCTION

    v.

WALDMAN PUBLISHING CORP.,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 04-16-07 |

Upon the affidavits of Richard B. Cohen, sworn to the 16th day of April, 2007,

Jon K. Horwich, sworn to the 15th day of April, 2007, and Richard Baldassarre, sworn to

the 12th day of April, 2007, the exhibits annexed thereto, and upon the copy of the

complaint annexed hereto, it is

     ***ORDERED***, that the above named defendant WALDMAN PUBLISHING CORP.

show cause before a motion term of this Court, at Room *15A*, United States

Courthouse, 500 Pearl Street, in the City, County and State of New York, on April *17*,

2007, at *2:15* o'clock in the *after* noon thereof, or as soon thereafter as counsel may

be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of

Civil Procedures:

    (1) enjoining the defendant WALDMAN PUBLISHING CORP., its officers,

agents, attorneys, servants, and employees, and those acting in concert and participation

with them, including without limitation, the law firm of Proskauer Rose LLP, from

        (a) making any statements that, in sum and substance, falsely claim or

assert that WALDMAN PUBLISHING CORP. is sole owner of, and/or that

plaintiff PLAYMORE INC., PUBLISHERS has no ownership interest in, works

NY1 28515v1 04/16/07

or titles of which plaintiff PLAYMORE INC., PUBLISHERS has a 50%
ownership interest in the copyright and trademarks, i.e., works and titles which
bear the indication on them that plaintiff and defendant are joint owners of the
copyright and trademarks (the "Works");

(b) interfering in any way with plaintiff PLAYMORE INC.,
PUBLISHERS's rights, titles and interests in copyright and/or trademarks of the
Works, including without limitation wrongfully stating to printers, vendors and/or
customers of plaintiff PLAYMORE INC., PUBLISHERS and/or WALDMAN
PUBLISHING CORP., that plaintiff PLAYMORE INC., PUBLISHERS has no
ownership interest in copyright and/or trademarks in the Works or that
WALDMAN PUBLISHING CORP. has sole ownership of the copyright and/or
trademarks in the Works;

(c) interfering in any way with plaintiff PLAYMORE INC.,
PUBLISHERS's publishing any or all of the Works;

(d) selling or shipping the inventory currently in the Massachusetts
warehouse to any party other than Playmore or customers with orders with Playmore, or
Playmore and Waldman; and

(2) declaring that:

(a) defendant is not the sole owner of rights, titles, and interests, including
all copyright and trademark rights, in and to all published works and original art work
incorporated into said published works where Waldman and Playmore are both indicated
as being the copyright owners of the works;

(b) plaintiff is 50% owner of all rights, titles, and interests, including all copyright and trademark rights, in and to all published works and original art work incorporated into said published works where Waldman and Playmore are both indicated as being the copyright owners of the works; and

(3) directing Waldman to ship inventory in the Massachusetts warehouse to all customers who placed orders with Playmore prior to March 16, 2007; and it is further

*ORDERED* that security in the amount of $_____ be posted by the plaintiff prior to _____, _____ ,at _____ o'clock in the _____ noon of that day; and it is further

*ORDERED* that service by __*hand  delivery*__ of a copy of this order and annexed affidavits and exhibits upon the defendant or its counsel on or before April *17* , 2007 at *3:00* o'clock in the __*after*__ noon, shall be deemed good and sufficient service thereof; and it is further

*ORDERED* that opposing papers, if any, shall be served upon plaintiff's attorneys so as to be received no later than April *19*, 2007 at *10:00* o'clock in the *fore* noon.


DATED:    New York, New York

ISSUED:    *April 16, 2007*
                   *3:01 PM*

_____
United States District Judge