Case 1:07-cv-03057-LBS   Document 4   Filed 04/20/2007   Page 1 of 1

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Playmore Inc., Publishers

v.

Waldman Publishing Corp.

**APPEARANCE**

Case Number: 07 Civ. 3057 (LBS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Waldman Publishing Corp.

I certify that I am admitted to practice in this court.

April 20, 2007
Date

Signature

Stephen Wagner
Print Name

SW-2900
Bar Number

420 Lexington Avenue, Suite 2400
Address

New York, New York 10170
City                State                Zip Code

(212) 586-5800
Phone Number

(212) 586-5095
Fax Number