AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Playmore Inc., Publishers

v.

Waldman Publishing Corp.

**APPEARANCE**

Case Number: 07 Civ. 3057 (LBS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Waldman Publishing Corp.

I certify that I am admitted to practice in this court.

April 20, 2007
Date

*[Signature]*
Signature

Yamuna Bhaskaran | YB-8650
Print Name | Bar Number

420 Lexington Avenue, Suite 2400
Address

New York, New York  10170
City    State    Zip Code

(212) 586-5800 | (212) 586-5095
Phone Number | Fax Number