COHEN TAUBER SPIEVACK & WAGNER LLP
Stephen Wagner (SW 2900)
Sari Kolatch (SK 3026)
Yamuna Bhaskaran (YB 8650)
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 586-5800
*Attorneys for Defendant*

COWAN, LIEBOWITZ & LATMAN, P.C.
Thomas Kjellberg (TK 0605)
1133 Avenue of the Americas
New York, New York 10036
(212) 790-9200
*Co-Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PLAYMORE INC., PUBLISHERS,

                       Plaintiff,

    -against-

WALDMAN PUBLISHING CORP.

                       Defendant.
-------------------------------------------------------------------X

Civ. No.: 07 CV 3057 (LBS)

**RULE 7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Waldman Publishing Corp. (a private non-governmental party) certifies that Waldman Publishing Corp. has no corporate parents, affiliates or subsidiaries that are publicly held.

Date:   New York, New York
        April 20, 2007

                              **COHEN TAUBER SPIEVACK & WAGNER LLP**

By: _/s/ Stephen Wagner_____
        Stephen Wagner (SW 2900)
        Sari Kolatch (SK 3026)
        Yamuna Bhaskaran (YB 8650)
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 586-5800
*Attorneys for Defendant*

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Thomas Kjellberg (TK 0605)
1133 Avenue of the Americas
New York, New York 10036
(212) 790-9200
*Co-Attorneys for Defendant*