# EXHIBIT 1

-----Original Message-----
**From:** JonH@playmorebooks.com [mailto:JonH@playmorebooks.com]
**Sent:** Tuesday, March 06, 2007 4:39 PM
**To:** Michael Gober
**Subject:** inventory

Michael,
Following up on our conversation yesterday, it is clear that the inventory on Bosanova is accurate at least with regard to series 275 & 108 as the Whse. is scratching these off of orders and we're losing business daily. Bosanova reflects this. I find it hard to believe that Bosanova is off on the import sku's to the degree (if at all) that it will have any meaningful impact. I don't know why Katherine is advising you that the computer is off and there's more inventory than what we're looking at. All I know at this point is that I'm flagging calls daily from customers that are getting shorted on their orders.
Orders are not being placed by WPC to fill the pipeline and the Out of Stocks are going to escalate to an unmanageable and devastating level **very shortly** unless product is brought in **at once**.
I can guarantee that sku#275 will be out of stock again (after the 118,000 arrive this month) and with nothing currently placed we'll be out of stock for 60 days! This is going to kill this sku. One of our best.
Sku# 1520 is now basically out of stock (With Almark order today) and nothing currently placed so this will also be out for 60 days!
Sku# 9547 is now basically out of stock.
Sku# 9550 .... I'm tired of talking about this one as we've discussed it for a month. We'll be out shortly and will be out of stock for 60 days!
Sku# 15400 - If we fill ALL orders in house with the replacement #15260, this cleans out 15260 and leaves nothing. So this sku is now sold out and will be for 45 - 60 days!

Please advise urgently. We do not have the luxury to shut down and perform an inventory count to verify what I know is correct anyway, "waste" another 2 weeks, and watch the out of stocks skyrocket along with angry & departing customers. Keep in mind what I mentioned yesterday that how we service the customer early in the year (when things are slow) will have a dramatic impact on the business we're awarded for the fall, when the bigger orders come (or not).

Jon

# EXHIBIT 2

-----Original Message-----
From: Jon [mailto:JonHorwich@playmorebooks.com]
Sent: Wednesday, March 14, 2007 6:17 AM
To: Michael Gober
Subject: Fw: Orders from WPC/Playmore URGENT URGENT URGENT


Michael
This is now critical as you can see.  You keep telling me orders are in the
works but nothing seems to happen. Please provide RJB the projections that I
provided to you last week.  You need to place orders... We are going to lose
this printer.  I am going to be out of business.  You are going to be out of
business.  Is this your goal?

Jon Horwich
Playmore Inc., Publishers

-----Original Message-----
From: "Joan I. Baldassarre" <jibaldassarre@rjbintl.com>
Date: Wed, 14 Mar 2007 08:22:24
To:<michaelg@waldmanpub.com>, <JonH@playmorebooks.com>
Cc:"Cannon Li" <cannonli@triking.com.hk>, <mike@brightpp.com>,
"Raymond Lau" <raymond@triking.com.hk>
Subject: Orders from WPC/Playmore    URGENT    URGENT    URGENT


Dear Michael, Jon:




                              URGENT         URGENT         URGENT
URGENT




Please note the e-mail received today 3/14/07 from Tri-King (Asia) Ltd. per
meeting with Cannon, Raymond, Mike Ko The Bright 3/13/07 . Please
urgent advise your comments as time is of the essence. Thank you.




1) RE: Orders from WPC/Playmore

Please note Mike has come to our office and discussed with Cannon and
Raymond, he said he was very concerned regarding the projections as
WPC/Playmore will advise their projections after the Chinese New Year, so
the Bright can have better information to arrange for the workers and
production lines. Now, it's about a month after CNY but still we have

nothing from WPC/Playmore which was due from WPC/Playmore this week. Also,
Mike found that there is no stock inventory for about one month and the
Bright has already stopped all book production as no orders have
been received from WPC/Playmore. Please note all the workers at the Bright
recognized that there is no orders from WPC/Playmore and they will
soon leave the Bright, however, Mike would like to pay more salary to the
workers in order to keep them for future use. But it is so difficult as
there is no orders and no projections/forecast or stock inventory
quantities from WPC/Playmore. The situation is very serious. Please follow
up with Michael Gober at WPC and Jon Horwich at Playmore as the consequences
will have major impact on WPC/Playmore business/sales as The Bright would
not have the people or stock inventory to fulfill WPC/Playmore's customers
orders in a timely manner and will cause major delays. Urgent advise how
does WPC/Playmore want The Bright to proceed. Thank you.




Best Regards,

Richard

# EXHIBIT 3

-----Original Message-----
**From:** Michael Gober [mailto:michaelg@waldmanpub.com]
**Sent:** Friday, March 16, 2007 11:33 AM
**To:** Jon Horwich
**Cc:** Jerry Cohen; Anne Gober
**Subject:** Follow up

Jon,

Following up on our earlier conversation, I want to reiterate for you the news about the Waldman family's decision. We are evaluating all options, including speaking to potential buyers of the business.

As a courtesy to you and out of respect for the relationship, the Waldman family is willing for now to help you service your customers on an arm's length basis. The family is also willing to develop new product for you on a project-by-project basis. The attorneys will be sending you a letter with the proposed terms for continuing business, which include an arm's length basis for transactions going forward. You should let us know within 10 days whether you would like our help under these proposed terms.

During this 10 day period, Waldman will be taking a comprehensive physical inventory as is usual during this season, and as strongly suggested by the company's advisors.

You should feel free to reach me at anytime via email or at my office number, (212) 730 9590 x20. Additionally, you will be hearing from Jerry Cohen, of Cohen, Tauber, Spievack & Wagner, LLP very shortly and can reach him at jcohen@ctswlaw.com or (212) 586 5800.

Best regards,

Michael Gober
COO, Waldman Publishing Corp.

# EXHIBIT 4

-----Original Message-----
From: Michael Gober [mailto:michaelg@waldmanpub.com]
Sent: Friday, March 16, 2007 3:15 PM
To: michaelg@waldmanpub.com
Subject: Message from Waldman Publishing Corp.

Hello,

This email is notification that as of today all Waldman Publishing Corp.
(WPC) orders to ship goods, including WPC orders for Playmore, are being put
on hold while we conduct an inventory.  We will contact you as soon as we
complete our inventory.  In the meantime, nothing ordered and/or owned by
WPC should be shipped under ANY circumstances whatsoever unless you receive
express permission and instruction in writing directly from me.

I understand that there are various WPC orders in process that are about to
be shipped or picked up for shipment to Playmore; however, everything is to
be put on hold, without exception.

I will follow up with you by phone to discuss this on Monday. I will be
sending you this document via fax and registered receipt today.

Best regards,
Michael Gober

# EXHIBIT 5

-----Original Message-----
**From:** JonH@playmorebooks.com [mailto:JonH@playmorebooks.com]
**Sent:** Friday, March 30, 2007 4:25 PM
**To:** michaelg@waldmanpub.com
**Subject:** RE: orders


Michael
See below in response.
Jon


"Michael Gober" <michaelg@waldmanpub.com>              To <JonH@playmorebooks.com>

                                                       cc
03/30/2007 06:47 PM
                                                       Subject RE: orders

Please respond to
<michaelg@waldmanpub.com>


Jon,

Where you refer to "orders" I want to clarify that there has been no formal order process between
Waldman and Playmore to date. The ordering process has always been completely informal, all
shipments are cancelable by the customer as well as by Waldman or Playmore at any time. The
bills of lading are the only documentation available to determine what might possibly be
construed as an "order" of any sort (although as you know even orders where bills of lading are
made available by Playmore to Waldman can and have in the past been cancelled). So, in a good
faith effort, Waldman is willing to ship  where a bill of lading has been made available by
Playmore, if stock inventory is available.
JH - I completely disagree.  There has been a very formal order process for well over 25 years.
Playmore receives the orders and sends the bill of ladings to Waldman, and Waldman ships it.
Prior to the warehouse receiving bill of ladings from Playmore we also provide ADV's to
Waldman to give the whse. advance notice of a soon to be received order. Waldman in close
coordination with Playmore's advise and guidance will stock the Ludlow whse. in anticipation of
business to come.  The fact that retailers on occasion cancel orders after placed, is not a unique
situation to Playmore/Waldman.  Retailers, wholesalers, catalogers, etc... all cancel orders.

The bills of lading which we did not include in the spreadsheet are those which Playmore put on
hold or where the shipment information is to date still incomplete or we are out of stock. These
cannot be considered firm in any sense. Therefore, you can deduce from the absence of a bill of
lading on the list which I provided two days ago, which I will attach here again, that such a
shipment is rejected until we agree upon terms. Since March 16, Waldman has always expressed
its willingness to continue to sell product to Playmore on an arm's length basis going forward as
we transition the business to maximize shareholder value.
JH - Again, disagree.  The orders added on the list are all orders in which bill of ladings were
provided to Ludlow prior to Playmore receiving your attorney's letter late in the evening of 3/16.  I
see no difference between these orders and the ones on your list and there is no reason that they
are not to be part of the agreement entered into on Thursday evening.  I have personally

reviewed this list and know that but for perhaps a very few, these orders were not put on hold, the stock IS available, and I have no idea what "the shipment information is to date still incomplete" means.  The orders added in blue on my list must be included in shipments going out immediately.  The understanding of the agreement was to ship orders where the whse had already received bill of ladings.  My list is the correct list, not an abbreviated list compiled and edited by you.

Shipments have resumed, but there are delays at the warehouse due to the lack of Internet and new business processes put in place to manage inventory. We'll ship as soon as possible.
JH - If shipments have resumed, please send me the ship log for todays shipments by Monday morning so we may review and start advising customers.  To ship ASAP, is not acceptable.  I don't know what this means and I cannot control customer cancellations with such vague information.

I have yet to receive from you the prices at which you will be selling the shipments, as well as assurance of payment. In terms of faxing ship logs, we are trying to get Internet access restored. Until then, we can fax the logs, likely the following day after approval from the NY office is given.
JH - Also, not acceptable.  The shipment logs must be sent to Playmore the same day as shipments are made as this is what is used for us to invoice our customers.  I must invoice the same day product is shipped, not "likely the following day."
I can send the prices to you next week as this information is being assembled.  As for payment, Playmore has never given any indication from day 1 of these discussions, or for 30+ years for that matter,  that payment would not be made.


JON


I am available to work with you on this, too, if you desire. I can be reached on my office phone or via email.

Michael
-----Original Message-----
**From:** JonH@playmorebooks.com [mailto:JonH@playmorebooks.com]
**Sent:** Friday, March 30, 2007 1:08 PM
**To:** michaelg@waldmanpub.com
**Subject:** orders


Michael,
I have sent you the following 3 emails;
6:54pm last night - advising Playmore's OK to ship the open orders as requested by your attorney, as per his email, Waldman "is ready to ship."
10:12am this morning - prioritizing the open order list so there's no questions from Ludlow as to which customers need to ship first.
11:06am this morning - asking that daily ship logs be faxed each day instead of the usual email until Ludlow once again has interest access.

I have not had any response or confirmation from you that anything is happening.  Has anything shipped today as per your attorney's email suggested?   It is unrealistic to ask Playmore to save all of these orders with no communication back from you.  Many of the orders on the list had already been cancelled by the customers, and we have spent considerable time today getting them reinstated. I had the confidence & relationship with the customers to do this.  Your attorney asked that we confirm all orders are a "GO."  We have done that but of course, this can change if we do not have communication back from you as to when these orders will ship.  We cannot keep getting them reinstated.

I am available to work with you on this via phone if you desire.  I can be reached on my cell phone.

Best

Jon

| Orders | | |
|---|---|---|
| B/L | Customer Name | Playmore Sales Prices |
| 903505 | SIMPLY AMAZING | |
| 903694 | KNOWLEDGE INDUSTRIES | |
| 903254 | CH MARTIN INC. | |
| 898937 | GRANITE STORES OF MARTHAS | |
| 903253 | BOOK THRIFT | |
| 903646 | DOLLAR VALUE/ US DREAMS | |
| 899056 | DESERET  BOOK | |
| 903694 | KNOWLEDGE INDUSTRIES | |
| 903337 | ALMARK SALES | |
| 898873 | ALMARK SALES | |
| 903693 | INDEPENDENT LIVING AIDS | |
| 903690 | THE FINKE COMPANY | |
| 903340 | PC'S BOOK REVIEW | |
| 903338 | BABYLAND | |
| 903309 | MILLER PADS AND PAPER | |
| 899010 | HUDSON NEWS | |
| 903345 | INDEPENDENT LIVING AIDS | |
| 899005 | CH MARTIN INC. | |
| 903217 | HPB RDC #978 | |
| 898999 | CH MARTIN INC. | |
| 898939 | CNIB - TADC WAREHOUSE | |
| 908090 | RUSSIAN ENTERTAINMENT | |
| 898942 | WHAT A BARGAIN INC. | |
| 898711 | VARIETY WHOLESALERS INC. | |
| 903270 | INVENTORY CONTROLLED MERCHANDISING | |
| 903681 | BARRY HAHN | |
| 903682 | K & L RESALE | |
| 903747 | DOLLAR GENERAL DC #96700 | |
| 903057 | FRIENDLY SALES INC. | |
| 898930 | VALLEY WHOLESALE CO. | |
| 898931 | VALLEY WHOLESALE CO. | |
| 899025 | HY VEE/ CHEROKEE DIV. | |
| 897646 | KB DISTRIBUTION CTR | |
| 903730 | PA SPORT SHOP & TOY | |
| 903316 | DOLLAR WORLD | . |
| 903736 | CHARLOTTA TUGWELL | |
| 903735 | TOM'S TOYS | |
| 903335 | WAYSIDE BAZAAR INC. | |
| 903336 | WAYSIDE BAZAAR INC. | |
| 903374 | CANADA DIRECT IMPORTS LTD | |
| 903342 | SIMPLY AMAZING | |
| 903339 | U.S. TOY CO. | |
| 903179 | DARJAN PRODUCTS LLC | |
| 898179 | FAMILY DOLLAR STORES | |
| 897911 | FAMILY DOLLAR STORES | |
| 897975 | FAMILY DOLLAR STORES | |
| 898178 | FAMILY DOLLAR STORES | |
| 903311 | DOLLAR PLUS/ WH TRADING | |
| 903757 | DOLLAR GENERAL DC #96900 | |
| 903756 | DOLLAR GENERAL DC #96800 | |

| B/L | Customer Name | Playmore Sales Prices |
|---|---|---|
| 903758 | DOLLAR GENERAL DC 6920 | |
| 903748 | DOLLAR GENERAL DC #96910 | |
| 903635 | DOLLAR GENERAL DC #96900 | |
| 903637 | DOLLAR GENERAL DC #6920 | |
| 903634 | DOLLAR GENERAL DC #96700 | |
| 903504 | DOLLAR GENERAL DC #96800 | |
| 903636 | DOLLAR GENERAL DC #96910 | |
| 903746 | DOLLAR GENERAL DC #96600 | |
| 903631 | DOLLAR GENERAL DC #96000 | |
| 903632 | DOLLAR GENERAL DC #96300 | |
| 903656 | DOLLAR GENERAL DC #96500 | |
| 903754 | DOLLAR GENERAL DC #96000 | |
| 903755 | DOLLAR GENERAL DC #96300 | |
| 903633 | DOLLAR GENERAL DC #96600 | |
| 903747 | DOLLAR GENERAL DC #96700 | |
| 898180 | FAMILY DOLLAR STORES | |
| 898221 | FAMILY DOLLAR STORES | |
| 898181 | FAMILY DOLLAR STORES | |
| 898182 | FAMILY DOLLAR STORES | |
| 898222 | FAMILY DOLLAR STORES | |
| 903047 | FAMILY DOLLAR STORES | |
| 898667 | FAMILY DOLLAR STORES | |
| 898668 | FAMILY DOLLAR STORES | |
| 898790 | FAMILY DOLLAR STORES | |
| 898875 | FAMILY DOLLAR STORES | |
| 898788 | FAMILY DOLLAR STORES | |
| 898789 | FAMILY DOLLAR STORES | |
| 898814 | FAMILY DOLLAR STORES | |
| 898876 | FAMILY DOLLAR STORES | |
| 898791 | FAMILY DOLLAR STORES | |
| 903649 | DOLLAR PROFILE LLC | |
| 903648 | DOLLAR PARADISE INC. | |
| 903647 | DOLLAR WORKS #80 | |
| 903649 | DOLLAR PROFILE LLC | |
| 902977 | VARIETY WHOLESALERS INC. | |
| 903091 | IN AND OUT DISTRIBUTORS | |
| 903092 | IN AND OUT DISTRIBUTORS | |
| 903026 | VOWELL MARKETPLACE #2 | |
| 903024 | VOWELL MARKETPLACE #4 | |
| 903330 | ISLE OF PALM RED & WHITE | |
| 903502 | MIDWAY IGA | |
| 903640 | OLD TOWN MARKET | |
| 897465 | AMSCAN EVERYDAY WAREHOUSE | |
| 903331 | DESERET BOOK | |
| 903699 | FOLLETT LIBRARY RESOURCES | |
| 903313 | FOLLETT LIBRARY RESOURCES | |
| 899026 | T.E. & M BEITER INC. | |
| 903692 | INDEPENDENT LIVING AIDS | |
| 903711 | HPB RDC #960 | |
| 903712 | CBR/CK 300 PITTSBURG | |
| 895692 | KB DISTRIBUTION CTR | |
| 903713 | S&S WORLDWIDE | |
| 903734 | GREGG'S MARKET PLACE | |
| 903191 | DOLLAR GENERAL DC #96700 | |

| B/L | Customer Name | Playmore Sales Prices |
|---|---|---|
| 903208 | DOLLAR GENERAL DC #96300 | |
| 897910 | FAMILY DOLLAR STORES | |
| 897978 | FAMILY DOLLAR STORES | |
| 899037 | FAMILY DOLLAR STORES | |
| 903678 | VARIETY DISTRIBUTORS INC. | |
| 903741 | BJ'S WHOLESALE CLUB | |
| 898704 | FAMILY DOLLAR STORES | |
| 898705 | FAMILY DOLLAR STORES | |
| 898669 | FAMILY DOLLAR STORES | |
| 903695 | TEXAS BOOKMAN | |
| 897465 | AMSCAN EVERYDAY WAREHOUSE | |
| 903285 | DOLLAR TREE STORES | |
| 903292 | DOLLAR TREE STORES | |
| 903293 | DOLLAR TREE STORES | |
| 903286 | DOLLAR TREE STORES | |
| 903287 | DOLLAR TREE STORES | |
| 903288 | DOLLAR TREE STORES | |
| 903289 | DOLLAR TREE STORES | |
| 903290 | DOLLAR TREE STORES | |
| 903291 | DOLLAR TREE STORES | |
| 903733 | HY-VEE #1074 | |
| 897651 | KB DISTRIBUTION CTR | |
| 897641 | KB DISTRIBUTION CTR | |
| 897938 | PROFIT PLUS | |
| 897939 | PROFIT PLUS | |
| 903282 | HY-VEE #1042 | |
| 897856 | DOVER GIANT EAGLE | |
| 895682 | KB DISTRIBUTION CTR | |
| 898924 | GROUP SALES INC. | |
| 898925 | GROUP SALES INC. | |
| 903344 | PATHMARK STORES INC. | |
| 903500 | HOBBY LOBBY INC. WHSE #1 | |
| 903737 | IDEAL GIFTS/DIV FT & G | |
| 903246 | FRED DC DUBLIN | |
| 903245 | FRED DISTRIBUTION | |
| 903257 | SPS CINCINATTI WHSE | |
| 897931 | HE BUTT GROCERY CO. | |
| 898287 | AMSCAN EVERYDAY WAREHOUSE | |
| 903669 | FRED DISTRIBUTION | |
| 903670 | FRED DC DUBLIN | |
| 903308 | INTERNATIONAL WHOLESALE | |
| 903641 | HY-VEE/CHEROKEE DIV | |
| 897591 | AMSCAN EVERYDAY WAREHOUSE | |
| 903503 | ENCORE SALES LTD | |
| 903180 | REGENT PRODUCTS | |
| | | |
| | | |
| | | |
| | | |
| Direct Shipments | | |
| | | |
| PO #1083006 | ALMARK | |
| PO #8099 | HINKLER | |

| B/L | Customer Name | Playmore Sales Prices |
|---|---|---|
| PO #PY0606926 | WS PACIFIC | |
| PO #IN2WOV, IN2WOW, IN2WJ2 | DOLLAR GENERAL | |

# EXHIBIT 6

-----Original Message-----
**From:** JonH@playmorebooks.com [mailto:JonH@playmorebooks.com]
**Sent:** Monday, April 16, 2007 2:42 PM
**To:** Michael Gober
**Subject:**

Michael,
As of today, there is a pending litigation between Playmore Inc., Publishers and
Waldman Publishing Corp., which, among other things, concerns and affects any monies
that may be due and owing between Playmore and Waldman.  Moreover, there has not
yet been a reconciliation, or "equalization," of costs, expenses, etc., for the year 2006.
 Accordingly, at the advice of counsel, since the damages alleged to be suffered by
Playmore as a result of Waldman's actions far exceed any monies which may be alleged
to be due from Playmore to Waldman, we will await a determination of the Court before
there is any transfer of monies in either direction.



Best Regards,
Jon Horwich
President
PLAYMORE INC., PUBLISHERS
58 Main St.  Hackensack, NJ.  07601
T.  201.678.2990   F. 201.678.2993
www. playmorebooks.com

# EXHIBIT 7

4/19/2007

## Log for Outstanding Bills of Lading presented by Playmore prior to March 16

| | | |
|---|---|---|
| Total No. of Bills of Lading presented by Playmore | 365 | |
| Total No. of Bills of Lading confirmed shipped by Waldman | 319 | |

| B/L | Customer Name | Comments | Ship Date |
|---|---|---|---|
| 903505 | SIMPLY AMAZING | SHIPPED BY WALDMAN | 4/5 |
| 903694 | KNOWLEDGE INDUSTRIES | SHIPPED BY WALDMAN | 4/5 |
| 903254 | CH MARTIN INC. | SHIPPED BY WALDMAN | 4/12 |
| 898937 | GRANITE STORES OF MARTHAS | SHIPPED BY WALDMAN | 4/4 |
| 903253 | BOOK THRIFT | SHIPPED BY WALDMAN | 4/3 |
| 903646 | DOLLAR VALUE/ US DREAMS | SHIPPED BY WALDMAN | 4/3 |
| 899056 | DESERET BOOK | SHIPPED BY WALDMAN | 4/6 |
| 903337 | ALMARK SALES | SHIPPED BY WALDMAN | 4/5 |
| 898873 | ALMARK SALES | SHIPPED BY WALDMAN | 4/5 |
| 903693 | INDEPENDENT LIVING AIDS | SHIPPED BY WALDMAN | 4/9 |
| 903690 | THE FINKE COMPANY | SHIPPED BY WALDMAN | 4/4 |
| 903340 | PC'S BOOK REVIEW | SHIPPED BY WALDMAN | 4/10 |
| 903338 | BABYLAND | SHIPPED BY WALDMAN | 4/3 |
| 903309 | MILLER PADS AND PAPER | SHIPPED BY WALDMAN | 4/4 |
| 899010 | HUDSON NEWS | SHIPPED BY WALDMAN | 4/11 |
| 903345 | INDEPENDENT LIVING AIDS | SHIPPED BY WALDMAN | 4/9 |
| 899005 | CH MARTIN INC. | SHIPPED BY WALDMAN | 4/12 |
| 903217 | HPB RDC #978 | SHIPPED BY WALDMAN | 4/12 |
| 898999 | CH MARTIN INC. | SHIPPED BY WALDMAN | 4/12 |
| 898939 | CNIB - TADC WAREHOUSE | SHIPPED BY WALDMAN | 4/6 |
| 898942 | WHAT A BARGAIN INC. | SHIPPED BY WALDMAN | 4/3 |
| 898711 | VARIETY WHOLESALERS INC. | SHIPPED BY WALDMAN | 4/9 |
| 903270 | INVENTORY CONTROLLED MERCHANDISING | SHIPPED BY WALDMAN | 4/3 |
| 903681 | BARRY HAHN | SHIPPED BY WALDMAN | 4/5 |
| 903682 | K & L RESALE | SHIPPED BY WALDMAN | 4/4 |
| 903747 | DOLLAR GENERAL DC #96700 | SHIPPED BY WALDMAN | 4/13 |
| 903057 | FRIENDLY SALES INC. | SHIPPED BY WALDMAN | 4/3 |
| 898930 | VALLEY WHOLESALE CO. | SHIPPED BY WALDMAN | 4/9 |
| 898931 | VALLEY WHOLESALE CO. | SHIPPED BY WALDMAN | 4/9 |
| 899025 | HY VEE/ CHEROKEE DIV. | SHIPPED BY WALDMAN | 4/9 |
| 897646 | KB DISTRIBUTION CTR | SHIPPED BY WALDMAN | 4/3 |
| 903730 | PA SPORT SHOP & TOY | SHIPPED BY WALDMAN | 4/4 |
| 903316 | DOLLAR WORLD | SHIPPED BY WALDMAN | 4/11 |
| 903736 | CHARLOTTA TUGWELL | SHIPPED BY WALDMAN | 4/3 |
| 903735 | TOM'S TOYS | SHIPPED BY WALDMAN | 4/3 |
| 903335 | WAYSIDE BAZAAR INC. | SHIPPED BY WALDMAN | 4/4 |
| 903336 | WAYSIDE BAZAAR INC. | SHIPPED BY WALDMAN | 4/4 |
| 903374 | CANADA DIRECT IMPORTS LTD | SHIPPED BY WALDMAN | 4/3 |
| 903342 | SIMPLY AMAZING | SHIPPED BY WALDMAN | 4/5 |
| 903339 | U.S. TOY CO. | SHIPPED BY WALDMAN | 4/9 |
| 903179 | DARJAN PRODUCTS LLC | SHIPPED BY WALDMAN | 4/5 |
| 898179 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/12 |
| 897911 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/9 |
| 897975 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/10 |
| 898178 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/9 |
| 903311 | DOLLAR PLUS/ WH TRADING | SHIPPED BY WALDMAN | 4/11 |
| 903757 | DOLLAR GENERAL DC #96900 | SHIPPED BY WALDMAN | 4/5 |
| 903756 | DOLLAR GENERAL DC #96800 | CANCELED BY PLAYMORE | canceled |

4/19/2007

| B/L | Customer Name | Comments | Ship Date |
|---|---|---|---|
| 903758 | DOLLAR GENERAL DC 6920 | SHIPPED BY WALDMAN | 4/12 |
| 903748 | DOLLAR GENERAL DC #96910 | SHIPPED BY WALDMAN | 4/10 |
| 903635 | DOLLAR GENERAL DC #96900 | SHIPPED BY WALDMAN | 4/3 |
| 903637 | DOLLAR GENERAL DC #6920 | SHIPPED BY WALDMAN | 4/3 |
| 903634 | DOLLAR GENERAL DC #96700 | SHIPPED BY WALDMAN | 4/9 |
| 903504 | DOLLAR GENERAL DC #96800 | SHIPPED BY WALDMAN | 4/4 |
| 903636 | DOLLAR GENERAL DC #96910 | SHIPPED BY WALDMAN | 4/4 |
| 903746 | DOLLAR GENERAL DC #96600 | SHIPPED BY WALDMAN | 4/5 |
| 903631 | DOLLAR GENERAL DC #96000 | SHIPPED BY WALDMAN | 4/4 |
| 903632 | DOLLAR GENERAL DC #96300 | SHIPPED BY WALDMAN | 4/10 |
| 903656 | DOLLAR GENERAL DC #96500 | SHIPPED BY WALDMAN | 4/3 |
| 903754 | DOLLAR GENERAL DC #96000 | SHIPPED BY WALDMAN | 4/4 |
| 903755 | DOLLAR GENERAL DC #96300 | SHIPPED BY WALDMAN | 4/12 |
| 903633 | DOLLAR GENERAL DC #96600 | SHIPPED BY WALDMAN | 4/10 |
| 898180 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/9 |
| 898221 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/12 |
| 898181 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/10 |
| 898182 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/9 |
| 898222 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/9 |
| 903047 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/9 |
| 898667 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/6 |
| 898668 | FAMILY DOLLAR STORES | AWAITING ROUTING | shipping 4/13 |
| 898790 | FAMILY DOLLAR STORES | AWAITING ROUTING | shipping 4/12 |
| 898875 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/13 |
| 898788 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/11 |
| 898789 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/9 |
| 898814 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/10 |
| 898876 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/13 |
| 898791 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/9 |
| 903649 | DOLLAR PROFILE LLC | SHIPPED BY WALDMAN | 4/4 |
| 903648 | DOLLAR PARADISE INC. | SHIPPED BY WALDMAN | 4/3 |
| 903647 | DOLLAR WORKS #80 | SHIPPED BY WALDMAN | 4/4 |
| 902977 | VARIETY WHOLESALERS INC. | AWAITING ROUTING | awaiting routing |
| 903091 | IN AND OUT DISTRIBUTORS | SHIPPED BY WALDMAN | 4/3 |
| 903092 | IN AND OUT DISTRIBUTORS | SHIPPED BY WALDMAN | 4/3 |
| 903026 | VOWELL MARKETPLACE #2 | SHIPPED BY WALDMAN | 4/3 |
| 903024 | VOWELL MARKETPLACE #4 | SHIPPED BY WALDMAN | 4/3 |
| 903330 | ISLE OF PALM RED & WHITE | SHIPPED BY WALDMAN | 4/3 |
| 903502 | MIDWAY IGA | SHIPPED BY WALDMAN | 4/3 |
| 903640 | OLD TOWN MARKET | SHIPPED BY WALDMAN | 4/3 |
| 897465 | AMSCAN EVERYDAY WAREHOUSE | AWAITING ROUTING | shipping 4/19 or sooner |
| 903331 | DESERET BOOK | SHIPPED BY WALDMAN | 4/6 |
| 903699 | FOLLETT LIBRARY RESOURCES | SHIPPED BY WALDMAN | 4/5 |
| 903313 | FOLLETT LIBRARY RESOURCES | SHIPPED BY WALDMAN | 4/3 |
| 899026 | T.E. & M BEITER INC. | SHIPPED BY WALDMAN | 4/3 |
| 903692 | INDEPENDENT LIVING AIDS | SHIPPED BY WALDMAN | 4/9 |
| 903711 | HPB RDC #960 | SHIPPED BY WALDMAN | 4/12 |
| 903712 | CBR/CK 300 PITTSBURG | SHIPPED BY WALDMAN | 4/12 |
| 895692 | KB DISTRIBUTION CTR | SHIPPED BY WALDMAN | 4/4 |
| 903713 | S&S WORLDWIDE | SHIPPED BY WALDMAN | 4/9 |

4/19/2007

| B/L | Customer Name | Comments | Ship Date |
|---|---|---|---|
| 903734 | GREGG'S MARKET PLACE | SHIPPED BY WALDMAN | 4/12 |
| 903191 | DOLLAR GENERAL DC #96700 | SHIPPED BY WALDMAN | 4/4 |
| 903208 | DOLLAR GENERAL DC #96300 | SHIPPED BY WALDMAN | 4/3 |
| 897910 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/3 |
| 897978 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/3 |
| 899037 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/3 |
| 903678 | VARIETY DISTRIBUTORS INC. | SHIPPED BY WALDMAN | 4/4 |
| 903741 | BJ'S WHOLESALE CLUB | SHIPPED BY WALDMAN | 4/4 |
| 898704 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/10 |
| 898705 | FAMILY DOLLAR STORES | SHIPPED BY WALDMAN | 4/9 |
| 898669 | FAMILY DOLLAR STORES | AWAITING ROUTING | shipping 4/12 |
| 903695 | TEXAS BOOKMAN | SHIPPED BY WALDMAN | 4/11 |
| 903285 | DOLLAR TREE STORES #99001 | SHIPPED BY WALDMAN | 4/10 |
| 903292 | DOLLAR TREE STORES #99008 | SHIPPED BY WALDMAN | 4/5 |
| 903293 | DOLLAR TREE STORES #99010 | SHIPPED BY WALDMAN | 4/3 |
| 903286 | DOLLAR TREE STORES #99002 | SHIPPED BY WALDMAN | 4/5 |
| 903287 | DOLLAR TREE STORES #99003 | AWAITING ROUTING | awaiting pickup |
| 903288 | DOLLAR TREE STORES #99004 | SHIPPED BY WALDMAN | 4/4 |
| 903289 | DOLLAR TREE STORES #99005 | SHIPPED BY WALDMAN | 4/5 |
| 903290 | DOLLAR TREE STORES #99006 | SHIPPED BY WALDMAN | 4/9 |
| 903291 | DOLLAR TREE STORES #99007 | SHIPPED BY WALDMAN | 4/3 |
| 903733 | HY-VEE #1074 | SHIPPED BY WALDMAN | 4/4 |
| 897651 | KB DISTRIBUTION CTR | SHIPPED BY WALDMAN | 4/4 |
| 897641 | KB DISTRIBUTION CTR | SHIPPED BY WALDMAN | 4/4 |
| 897938 | PROFIT PLUS | SHIPPED BY WALDMAN | 4/4 |
| 897939 | PROFIT PLUS | SHIPPED BY WALDMAN | 4/4 |
| 903282 | HY-VEE #1042 | SHIPPED BY WALDMAN | 4/4 |
| 897856 | DOVER GIANT EAGLE | SHIPPED BY WALDMAN | 4/4 |
| 895682 | KB DISTRIBUTION CTR | SHIPPED BY WALDMAN | 4/4 |
| 898924 | GROUP SALES INC. | SHIPPED BY WALDMAN | 4/10 |
| 898925 | GROUP SALES INC. | SHIPPED BY WALDMAN | 4/10 |
| 903344 | PATHMARK STORES INC. | SHIPPED BY WALDMAN | 4/12 |
| 903500 | HOBBY LOBBY INC. WHSE #1 | SHIPPED BY WALDMAN | 4/12 |
| 903737 | IDEAL GIFTS/DIV FT & G | SHIPPED BY WALDMAN | 4/12 |
| 903246 | FRED DC DUBLIN | SHIPPED BY WALDMAN | 4/9 |
| 903245 | FRED DISTRIBUTION | SHIPPED BY WALDMAN | 4/9 |
| 903257 | SPS CINCINATTI WHSE | PENDING | |
| 897931 | HE BUTT GROCERY CO. | SHIPPED BY WALDMAN | 4/12 |
| 898287 | AMSCAN EVERYDAY WAREHOUSE | SHIPPED BY WALDMAN | 4/10 |
| 903669 | FRED DISTRIBUTION | SHIPPED BY WALDMAN | 4/9 |
| 903670 | FRED DC DUBLIN | SHIPPED BY WALDMAN | 4/9 |
| 903308 | INTERNATIONAL WHOLESALE | SHIPPED BY WALDMAN | 4/5 |
| 903641 | HY-VEE/CHEROKEE DIV | CANCELED BY PLAYMORE | |
| 897591 | AMSCAN EVERYDAY WAREHOUSE | SHIPPED BY WALDMAN | 4/10 |
| 903503 | ENCORE SALES LTD | SHIPPED BY WALDMAN | 4/13 |
| 903180 | REGENT PRODUCTS | SHIPPED BY WALDMAN | 4/11 |

4/19/2007

| B/L | Customer Name | Comments | Ship Date |
|---|---|---|---|
| 898947 | MERCHANTS DIST INC. | SHIPPED BY WALDMAN | 4/3 |
| 903273 | ALLIED SUPPLY CO. | SHIPPED BY WALDMAN | 4/11 |
| 903676 | S&S WORLDWIDE | SHIPPED BY WALDMAN | 4/9 |
| 903677 | S&S WORLDWIDE | SHIPPED BY WALDMAN | 4/9 |
| 903090 | RUSSIAN ENTERTAINMENT | SHIPPED BY WALDMAN | 4/4 |
| 903731 | LEVY HOME ENTERTAINMENT | SHIPPED BY WALDMAN | 4/9 |
| MANIFEST | JC PENNEY | SHIPPED BY WALDMAN | 4/6 |
| 903666 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 903323 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 898809 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 898846 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 898820 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 898870 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 898851 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 898852 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 898830 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 898834 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 898847 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 898858 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 898853 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 903324 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903358 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903300 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903235 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903237 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903240 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903231 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903232 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903242 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 902158 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903094 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903163 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903164 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 902156 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 902157 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903158 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903162 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903168 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903072 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903202 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903203 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903204 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903201 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903194 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903198 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903357 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903013 | AC MOORE | CANCELED BY PLAYMORE | |
| 898865 | AC MOORE | CANCELED BY PLAYMORE | |
| 898848 | AC MOORE | CANCELED BY PLAYMORE | |
| 898703 | AC MOORE | CANCELED BY PLAYMORE | |
| 903701 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903705 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903700 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903704 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |

4/19/2007

| B/L | Customer Name | Comments | Ship Date |
|---|---|---|---|
| 903716 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903717 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903718 | AC MOORE | SHIPPED BY WALDMAN | 4/12 |
| 903719 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903720 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903721 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903749 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903745 | AC MOORE | SHIPPED BY WALDMAN | 4/12 |
| 903004 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903007 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903009 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903033 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903041 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903040 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903044 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903043 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903321 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903327 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903326 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903325 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903233 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903239 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903238 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903236 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903294 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903295 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903506 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903508 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903509 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903510 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903663 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903664 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903655 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903683 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903684 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903685 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903687 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903686 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903688 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903328 | AC MOORE | SHIPPED BY WALDMAN | 4/12 |
| 903703 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903702 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903069 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903068 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903067 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903042 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903038 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903037 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903036 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903034 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903045 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903157 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903093 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903166 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |

4/19/2007

| B/L | Customer Name | Comments | Ship Date |
|---|---|---|---|
| 903161 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903160 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903159 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903165 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903360 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903359 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903354 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903355 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903356 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903349 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903241 | AC MOORE | SHIPPED BY WALDMAN | 4/9 |
| 903244 | AC MOORE | SHIPPED BY WALDMAN | 4/12 |
| 903230 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 898998 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 898996 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 898985 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 899018 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 899019 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 902134 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 902135 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 902136 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903016 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903014 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903015 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 902998 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 903002 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 903003 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 903000 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 902999 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903197 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 903199 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903200 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903205 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903196 | AC MOORE | SHIPPED BY WALDMAN | shipping |
| 903169 | AC MOORE | AWAITING ROUTING | 4/13 |
| 903071 | AC MOORE | SHIPPED BY WALDMAN | 4/10 |
| 903070 | AC MOORE | SHIPPED BY WALDMAN | 4/11 |
| 898863 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 898849 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 898838 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 898831 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 898864 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 898837 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 898835 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 898832 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 898839 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 898827 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 898828 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 898829 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 898822 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 898868 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 898840 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 898836 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |

4/19/2007

| B/L | Customer Name | Comments | Ship Date |
|---|---|---|---|
| 898860 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 898877 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 898850 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 898819 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 898912 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 898913 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 898894 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 898961 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 898963 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 898981 | AC MOORE | SHIPPED BY WALDMAN | 4/6 |
| 903665 | AC MOORE | SHIPPED BY WALDMAN | 4/5 |
| 7386-7397 | AC MOORE MANIFEST | SHIPPED BY WALDMAN | 4/12 |
| 885790 | ALMARK SALES & IMPORTS | NO PRODUCT | |
| 893989 | ALMARK SALES & IMPORTS | AWAITING ROUTING | |
| 898551 | REGENT PRODUCTS | SHIPPED BY WALDMAN | 4/12 |
| 903301 | FOUR SEASONS | NO PRODUCT | |
| 897308 | IMAGINE NATION BOOKS | NO PRODUCT | |
| 895721 | VARIETY WHOLESALERS INC. | CANCELED BY PLAYMORE | |
| 903650 | H.E. BUTT GROCERY CO. | PENDING | |
| 898826 | REGENT PRODUCTS | SHIPPED BY WALDMAN | 4/12 |
| 903213 | SPECIAL THOUGHTS | ON HOLD PER PLAYMORE | |
| 903497 | JENNIFER DRAGOVICH / DOLLARDAYS | SHIPPED BY WALDMAN | 4/5 |
| 903689 | GINA MARIANI / DOLLARDAYS | SHIPPED BY WALDMAN | 4/5 |
| 903707 | ROSE SAUNDERS / DOLLARDAYS | SHIPPED BY WALDMAN | 4/6 |
| 903706 | RUTH GARCIA / DOLLARDAYS | SHIPPED BY WALDMAN | 4/5 |
| 903708 | HEATHER SPYRA / DOLLARDAYS | SHIPPED BY WALDMAN | 4/6 |
| 903709 | MARJORIE RICHTER / DOLLAR DAYS | SHIPPED BY WALDMAN | 4/6 |
| 903710 | JINAN ALSAMMARIE / DOLLARDAYS | SHIPPED BY WALDMAN | 4/5 |
| 895826 | NEWSWEST C/O ACCULOGIX | ON HOLD PER PLAYMORE | |
| 895805 | THUNDER BAY CENTRAL NEWS | ON HOLD PER PLAYMORE | |
| 895804 | TECK NEWS AGENCY KIRKLAND | ON HOLD PER PLAYMORE | |
| 895803 | SUDBURY NEWS SERVICE | ON HOLD PER PLAYMORE | |
| 895802 | SUDBURY NEWS SERVICE | ON HOLD PER PLAYMORE | |
| 895801 | BENJAMIN NEWS MONTREAL | ON HOLD PER PLAYMORE | |
| 895800 | BENJAMIN NEWS MONTREAL | ON HOLD PER PLAYMORE | |
| 895799 | METRO NEWS/NTL BOOK SVC | ON HOLD PER PLAYMORE | |
| 895798 | METRO NEWS/NTL BOOK SVC | ON HOLD PER PLAYMORE | |
| 895797 | MONAHAN AGENCY VERNON | ON HOLD PER PLAYMORE | |
| 895796 | MONAHAN AGENCY VERNON | ON HOLD PER PLAYMORE | |
| 895795 | NEWSGROUP HALIFAX | ON HOLD PER PLAYMORE | |
| 895794 | NEWSGROUP HALIFAX | ON HOLD PER PLAYMORE | |
| 895793 | NEWSGROUP VANCOUVER | ON HOLD PER PLAYMORE | |
| 895792 | NEWSGROUP VANCOUVER | ON HOLD PER PLAYMORE | |
| 895791 | NEWSGROUP VERNON | ON HOLD PER PLAYMORE | |
| 895790 | NEWSGROUP VERNON | ON HOLD PER PLAYMORE | |
| 895788 | NEWSWEST C/O ACCULOGIX | ON HOLD PER PLAYMORE | |
| 898566 | NEWSWEST C/O ACCULOGIX | ON HOLD PER PLAYMORE | |
| 898560 | BENJAMIIN NEWS MONTREAL | SHIPPED BY WALDMAN | 4/9 |
| 898564 | NEWSGROUP VANCOUVER | ON HOLD PER PLAYMORE | |
| 898563 | NEWSGROUP HALIFAX | ON HOLD PER PLAYMORE | |
| 898567 | SUDBURY NEWS SERVICE | ON HOLD PER PLAYMORE | |
| 898565 | NEWSGROUP VERNON | ON HOLD PER PLAYMORE | |
| 898562 | MONAHAN AGENCY VERNON | ON HOLD PER PLAYMORE | |
| 898561 | METRO NEWS/NTL BOOK SVC | ON HOLD PER PLAYMORE | |

# EXHIBIT 8

-----Original Message-----
**From:** Joan I. Baldassarre [mailto:jibaldassarre@rjbintl.com]
**Sent:** Friday, March 30, 2007 12:57 PM
**To:** nick_kp@rad.net.id; michaelg@waldmanpub.com
**Subject:** Your 3/30/07 e-mail

Dear Nicholas, Mega:


**1) RE: Telephone Call**
Did you speak to Jon Horwich last night 3/29/07? Advise.

**2) RE: Dollar General**
Noted.
Debit note noted

Nicholas I want to remind you that you will have to send the original documents to WPC and since this is a direct shipment you will only have to send the invoice, packing list and bill of lading and of course also the Shipment Advise as Playmore will have to make up their own invoice and packing list on Playmore's letterhead to send to Dollar General. Confirm your understanding.

**3) RE: WPC Stock Inventory report and updated shipment log**
Confirm receipt.
Nicholas do not send any report to WPC send ALL reports to RJB and we will re-forward to WPC until further notice. Confirm all clear.

For your information all reports should be addressed to Michael Gober and Nichole Simms **NOT** Anne Gober as Anne is NOT actively involved so remove Ann's name from all WPC reports . Confirm. Thank you.


Best regards,
Richard/Joan

# EXHIBIT 9

# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

**Jenifer deWolf Paine**
Senior Counsel

Direct Dial 212.969.3016
jpaine@proskauer.com

March 14, 2007

**By Fax:  (212) 730-9525**
**And First Class Mail**

Michael Gober
Waldman Publishing Corporation
570 Seventh Avenue, Suite 800
New York, NY 10018

Re:     Copyright Issues

Dear Michael:

You have asked for clarification on the respective rights of Waldman and Playmore with regard to the copyrights in certain works.

First, we understand that you are primarily concerned with recent works, and that these recent works were created for Waldman by independent contractors pursuant to a written agreement signed by both parties that (a) provides that the works are created as works made for hire; and (b) also contains a "back-up" assignment.  We also understand that Playmore had no role whatsoever in the development of the works.  As a result, and based on these facts, ownership of these works either initially vested with Waldman (as a work made for hire) or was transferred to Waldman (via the assignment).

Note that joint owners of a work are each legally entitled to grant non-exclusive licenses to the work without the other's consent.[1]  The only duty joint owners have to each other is to account for the other owner's share of the profits from any exploitation.[2]  But one joint owner cannot

---

[1] *See* Nimmer on Copyright, §6.10[A] ("Because one joint owner cannot be liable for copyright infringement to another joint owner, for the reason that one cannot infringe his own copyright, it follows that a joint owner may, without obtaining the consent of the other joint owners, either exploit the work himself, or grant a non-exclusive license to third parties." (citations omitted).

[2] *See* Nimmer on Copyright, §6.12[A} ("the prevailing rule is that a joint owner is under a duty to account to the other joint owners of the work for a ratable share of the profits realized from the use of the work."

**PROSKAUER ROSE LLP**

Michael Gober
March 14, 2007
Page 2

stop another joint owner from exploiting the work (because you cannot infringe your own copyright).

<u>Nonetheless</u>, Playmore is not a joint owner of these works. Because ownership either initially vested with Waldman, or was transferred to Waldman by the authors, and because Playmore had no role whatsoever in the creation of the works by which it could claim authorship status, in order for Playmore to have acquired an ownership interest Waldman would have had to convey such an ownership interest to Playmore *in writing*.[3] We understand that no such writing exists.

We understand that Waldman and Playmore, pursuant to an un-written arrangement, have been sharing profits and expenses for many years. This would <u>not</u> result in the transfer of any ownership interest in the copyrights to Playmore. Simply "paying" for a work does not result in a transfer of ownership;[4] as set forth above, such a transfer needs to be in writing.

We also understand that Waldman and Playmore have been jointly identified as the owners of the copyright in the copyright notices that appeared in the works. This would also <u>not</u> result in a transfer of any ownership interest in the copyrights to Playmore, because this does not meet the requirements for a written transfer – a written transfer has to be signed by the owner of the copyright.[5] However, it *might* give rise to a defense of estoppel if Waldman were ever to sue Playmore for infringement -- i.e., Playmore could argue that Waldman is estopped from asserting a claim of infringement against it by virtue of its long-standing course of conduct, particularly by identifying Playmore as a co-owner in the copyright notice. Note that you have not asked us to, nor have we, conducted an analysis of whether such an argument of estoppel would be viable.

In addition to the possibility of an estoppel defense, Playmore could argue that the circumstances and course of conduct have resulted in an implied non-exclusive license to Playmore to use the works.[6] Note that you have not asked us to, nor have we, conducted an

---

[3] See 17 U.S.C. § 204(a) ("A transfer of copyright ownership, other than by operation of law, is not valid unless an instrument of conveyance, or a note or memorandum of the transfer, is in writing and signed by the owner of the rights conveyed or such owner's duly authorized agent." Note that a transfer by "operation of law" is generally understood to refer to matters such as bankruptcy or probate. *See* Nimmer on Copyright, § 10.03[A][6].

[4] *See, e.g., Playboy Enterprises, Inc. v. Dumas*, 53 F.3d 549, 564 (2d Cir. 1995).

[5] *See* 17 U.S.C. § 204(a).

[6] *See* Nimmer on Copyright, § 10.03[A][7] (nonexclusive licenses may "be implied by conduct" when "the totality of the parties' conduct indicates an intent to grant such permission, the result is a non-exclusive license." (citations omitted).

# PROSKAUER ROSE LLP

Michael Gober
March 14, 2007
Page 3

analysis of whether such an argument of an implied non-exclusive license to Playmore would be viable.

Regardless of whether Playmore could be successful in raising these various arguments, it would not be able to stop Waldman from fully exploiting the works (other than potentially prevent Waldman from granting exclusive licenses). At best Playmore has a non-exclusive license, which does not entitle it to prevent Waldman from exploiting the works. As the owner of the copyright in the works, Waldman cannot be stopped from exploiting them because Waldman cannot infringe its own copyright.

Please let me know if you have any questions.

Sincerely,

Jenifer deWolf Paine