## WORK-FOR-HIRE AGREEMENT/COPYRIGHT ASSIGNMENT

This Agreement is entered into between _Brian Thomas_ ("Consultant") on the one hand, and Waldman Publishing Corporation ("Waldman") on the other hand (Consultant and Waldman together, the "Parties").

The Parties understand and agree that Waldman has commissioned Consultant to produce for Waldman on a work-for-hire basis certain designs, artwork, graphics, textual creations, and/or related works (collectively, the "Works). A brief description of the Works is included in the attached Exhibit A. Consultant understands and agrees that "Works" as used in this Agreement includes all materials, sketches, and drafts that Consultant creates that lead up to the finished product.

Consultant acknowledges that Waldman is relying on Consultant to provide Waldman with works that do not violate any intellectual property rights of any person or entity. In that context, Consultant unequivocally represents and warrants that (1) the Works are Consultant's original creation, (2) Consultant owns the full right, title, and interest in and to the Works, including all trademark, copyright, patent, and other intellectual property rights, and (3) Consultant is fully empowered to grant and/or confirm all rights that are the subject of this Agreement.

For good and valuable consideration, the receipt and sufficiency of which Consultant hereby acknowledges, Consultant hereby acknowledges and agrees that the Works are and/or were created as works-made-for-hire for Waldman under the United States Copyright Act, and that Waldman is to be considered the author of the Works for purposes of copyright. To the extent that the Works may be ineligible for work-for-hire status, Consultant hereby irrevocably sells, transfers, and assigns to Waldman all present and future right, title, and interest in and to the Works, in any and all media now known or hereafter developed, including but not limited to worldwide copyright rights therein (and all renewals and extensions thereof) along with all causes of action, including those for infringement, known or unknown, that have accrued or will accrue, from the conception or creation of each such work.

Consultant agrees not to disclose any information relating to the Works to any third-party, and Consultant also agrees that Consultant will keep confidential all details and specifications concerning this Agreement, the Works, and past, present, and future Waldman projects.

Any materials, drafts, and/or works that have been produced by Consultant for Waldman to date are subject to the terms set forth in this Agreement.

Consultant understands and agrees that the effect of this Agreement is that Consultant is releasing all claims of any kind to the Works, and that the Works shall be exclusively owned by Waldman in all respects. In the event that Consultant wishes to exploit and/or utilize the Works in any respect (whether for commercial purposes or otherwise), Consultant will first obtain written approval from Waldman, which approval Waldman may withhold for any reason at all, reasonable or otherwise.

This Agreement supersedes any previous and/or current arrangements, agreements, and/or practices that may be or may have been in place between Consultant and Waldman. This

Agreement will be governed by the laws of the State of New York, and the Parties waive any objection to the personal jurisdiction or venue of the state or federal courts of the State of New York. The state and federal courts of the State of New York will have exclusive jurisdiction over any dispute brought relating to this Agreement.

[Consultant]                                    WALDMAN PUBLISHING CORPORATION

Printed Name: Brian Frascino                    By: Anne Waldman Gober
Date Signed: 1/10/07                            Title: President
                                                Date Signed: 1/11/07

<u>Exhibit A</u>

Purchase of digital art for:

2519's KIDS Puzzle Books

2519-1 Summer Fun Search and Find Detective For Kids

2519-2 Travel and Adventure Crosswords For Kids

## WORK-FOR-HIRE AGREEMENT/COPYRIGHT ASSIGNMENT

This Agreement is entered into between *Elliot Kreloff, Inc.* ("Consultant") on the one hand, and Waldman Publishing Corporation ("Waldman") on the other hand (Consultant and Waldman together, the "Parties").

The Parties understand and agree that Waldman has commissioned Consultant to produce for Waldman on a work-for-hire basis certain designs, artwork, graphics, textual creations, and/or related works (collectively, the "Works"). A brief description of the Works is included in the attached Exhibit A. Consultant understands and agrees that "Works" as used in this Agreement includes all materials, sketches, and drafts that Consultant creates that lead up to the finished product.

Consultant acknowledges that Waldman is relying on Consultant to provide Waldman with works that do not violate any intellectual property rights of any person or entity. In that context, Consultant unequivocally represents and warrants that (1) the Works are Consultant's original creation, (2) Consultant owns the full right, title, and interest in and to the Works, including all trademark, copyright, patent, and other intellectual property rights, and (3) Consultant is fully empowered to grant and/or confirm all rights that are the subject of this Agreement.

For good and valuable consideration, the receipt and sufficiency of which Consultant hereby acknowledges, Consultant hereby acknowledges and agrees that the Works are and/or were created as works-made-for-hire for Waldman under the United States Copyright Act, and that Waldman is to be considered the author of the Works for purposes of copyright. To the extent that the Works may be ineligible for work-for-hire status, Consultant hereby irrevocably sells, transfers, and assigns to Waldman all present and future right, title, and interest in and to the Works, in any and all media now known or hereafter developed, including but not limited to worldwide copyright rights therein (and all renewals and extensions thereof) along with all causes of action, including those for infringement, known or unknown, that have accrued or will accrue, from the conception or creation of each such work.

Consultant agrees not to disclose any information relating to the Works to any third-party, and Consultant also agrees that Consultant will keep confidential all details and specifications concerning this Agreement, the Works, and past, present, and future Waldman projects.

Any materials, drafts, and/or works that have been produced by Consultant for Waldman to date are subject to the terms set forth in this Agreement.

Consultant understands and agrees that the effect of this Agreement is that Consultant is releasing all claims of any kind to the Works, and that the Works shall be exclusively owned by Waldman in all respects. In the event that Consultant wishes to exploit and/or utilize the Works in any respect (whether for commercial purposes or otherwise), Consultant will first obtain written approval from Waldman, which approval Waldman may withhold for any reason at all, reasonable or otherwise.

This Agreement supersedes any previous and/or current arrangements, agreements, and/or practices that may be or may have been in place between Consultant and Waldman. This

Agreement will be governed by the laws of the State of New York, and the Parties waive any objection to the personal jurisdiction or venue of the state or federal courts of the State of New York. The state and federal courts of the State of New York will have exclusive jurisdiction over any dispute brought relating to this Agreement.

[Consultant]

Printed Name: _ELLIOT KRELOFF_
Date Signed: _1/7/07_

WALDMAN PUBLISHING CORPORATION

By: Anne Waldman Gober
Title: President
Date Signed:

<u>Exhibit A</u>

Purchase of digital designs and layouts for cover art on:

2519s KIDS Puzzle Books

2519-1 Summer Fun Search and Find Detective For Kids
2519-2 Travel and Adventure Crosswords For Kids

WORK-FOR-HIRE AGREEMENT/COPYRIGHT ASSIGNMENT

This Agreement is entered into between MARTIN GREG ("Consultant") on the one hand, and Waldman Publishing Corporation ("Waldman") on the other hand (Consultant and Waldman together, the "Parties").

The Parties understand and agree that Waldman has commissioned Consultant to produce for Waldman on a work-for-hire basis certain designs, artwork, graphics, textual creations, and/or related works (collectively, the "Works). A brief description of the Works is included in the attached Exhibit A. Consultant understands and agrees that "Works" as used in this Agreement includes all materials, sketches, and drafts that Consultant creates that lead up to the finished product.

Consultant acknowledges that Waldman is relying on Consultant to provide Waldman with works that do not violate any intellectual property rights of any person or entity. In that context, Consultant unequivocally represents and warrants that (1) the Works are Consultant's original creation, (2) Consultant owns the full right, title, and interest in and to the Works, including all trademark, copyright, patent, and other intellectual property rights, and (3) Consultant is fully empowered to grant and/or confirm all rights that are the subject of this Agreement.

For good and valuable consideration, the receipt and sufficiency of which Consultant hereby acknowledges, Consultant hereby acknowledges and agrees that the Works are and/or were created as works-made-for-hire for Waldman under the United States Copyright Act, and that Waldman is to be considered the author of the Works for purposes of copyright. To the extent that the Works may be ineligible for work-for-hire status, Consultant hereby irrevocably sells, transfers, and assigns to Waldman all present and future right, title, and interest in and to the Works, in any and all media now known or hereafter developed, including but not limited to worldwide copyright rights therein (and all renewals and extensions thereof) along with all causes of action, including those for infringement, known or unknown, that have accrued or will accrue, from the conception or creation of each such work.

Consultant agrees not to disclose any information relating to the Works to any third-party, and Consultant also agrees that Consultant will keep confidential all details and specifications concerning this Agreement, the Works, and past, present, and future Waldman projects.

Any materials, drafts, and/or works that have been produced by Consultant for Waldman to date are subject to the terms set forth in this Agreement.

Consultant understands and agrees that the effect of this Agreement is that Consultant is releasing all claims of any kind to the Works, and that the Works shall be exclusively owned by Waldman in all respects. In the event that Consultant wishes to exploit and/or utilize the Works in any respect (whether for commercial purposes or otherwise), Consultant will first obtain written approval from Waldman, which approval Waldman may withhold for any reason at all, reasonable or otherwise.

This Agreement supersedes any previous and/or current arrangements, agreements, and/or practices that may be or may have been in place between Consultant and Waldman. This

Agreement will be governed by the laws of the State of New York, and the Parties waive any objection to the personal jurisdiction or venue of the state or federal courts of the State of New York. The state and federal courts of the State of New York will have exclusive jurisdiction over any dispute brought relating to this Agreement.

[Consultant]

WALDMAN PUBLISHING CORPORATION

Printed Name: MARTIN CRUSS

By: Anne Waldman Gober

Date Signed: 7/9/07

Title: President

Date Signed: 2/15/07

<u>Exhibit A</u>

One Manuscript for

2519-2 Travel and Adventure Crosswords For Kids:

clues, answers and puzzle grids



FRIGHT # 3 - 2629394
4 - 2629694
5 - 2629794
B/B - 2633394

10-8-772

Date  2-7-95

TO:  Josh Heeruft
Waldman Roblishg

Artwork by:  Jim McGiness  —  Miralles
For:  Beauty and Beast  —Classics/ FRIGHT TIME #3, 4, 5-
P.O. No.:  FINISHES
Commission or order Date:  12-14-94.
Total $  B/B  $850 xx  FRIGHT TIME #3,4,5 = $3000 = $3850
Rights Licensed:
As per Agreement

Beauty > Beast
$850

4000 - 79

5960
- 3
- 9
- 5

see above
CA

FED ID #: 13-321420/

(181)

2-9292

INVOICE

Date 5-31-95                    No. 2633694

To JOSH HANFT
Waldman Pub.
310 MADISON Ave

Artwork for Jaime + Conchita
For Little Mermaid
P.U. No.
Commission or order Date 4/12/95
Total $      850
Rights Licensed
                 As per Agreement

The rights to reproduce this artwork will be licensed to you upon receipt of payment of this invoice. Payment terms—thirty days. (See reverse side for terms.)

The copyright license pertains only to the reproduction rights specified above. All other rights remain the sole property of the artist and S.I. International.

Checks should be made payable to S.I. International and mailed to 43 East Nineteenth Street, New York, N.Y. 10003. Please cite our invoice number with your payment.

                              Thank you,
                              S.I. International

J 4000.80
CA                Fed ID#13-321420 1



(13ª)

**S·A·I·**
*International*

38 East 14 Street NEW YORK NY 10003 Tel 212 555-0183  Fax 212 555

Program for those salaried or annual to check these terms

**INVOICE**

11 - 8953

Date  **3-8-95**                                        № **2633494**

TO:
**JOSH HANET**
**Waldman Publishing**
**310 Madison**

Art work by  **Jim McGiness**
For  **CINDERELLA — KILL FEE**
P.O. No.
Commission or order Date    **12-23-94**
Total $    **400**
Rights Licensed:    **As per Contract**

The right to reproduce this artwork will be licensed to you upon receipt of payment of this invoice. Payment terms—thirty days. See reverse side for terms.

The copyright license pertains only to the reproduction rights specified above. All other rights remain the sole property of the artist and S.I. International.

**Kill**

Checks should be made payable to S.I. International and mailed to 43 East Nineteenth Street New York NY 10003. Please quote the invoice number when paying.

**J 4000 -81**

Thank you.
S.I. International

**KEY  CA**

**OK**        **fed ID#13- 321 4201**

(38)

SP *Sela*

12-9082 *International*

INVOICE

2633494

Date: 7-10-95

To: Josh Hantt
Waldma...

Artwork by: Josie Yee

For: Cinderella - Finish

P.O. No.:

Commission or Order Date: 12-23-94

Total $: 850

Rights Licensed:

As per Agreement

The right to reproduce this artwork...

The copyright license remains...
rights remain the sole property of the artist...

Checks should be made payable to S.I. International...
... New York, NY ... Please ...

Thank you,
S.I. International

#: J7000-81

KEY: CA

OK

FED ID # 13 321 4201

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re: TWINKLE TWINKLE

I, the undersigned, understand and agree that Waldman Publishing Corp. ("Waldman") has commissioned me to produce for Waldman on a work-for-hire basis certain graphic and/or textual materials and/or other works that Waldman may use in connection with the project described in the attached Exhibit A, as well as in connection with possible future projects. I acknowledge that Waldman is relying on me not to provide Waldman with works that violate any intellectual property rights of any person or entity. I agree not to disclose any information relating to the works I create for Waldman to any competitor of Waldman, and I also agree that I will keep all the terms of this agreement and the details and specifications of Waldman's projects and contemplated projects completely confidential.

I understand and agree that all copyrights and rights of copyright in and to any and all materials and/or drafts I create for Waldman, including all finished products, shall be owned exclusively by Waldman. This includes ownership of all physical copies of the finished product and all drafts and/or sketches leading up to the finished product.

I also hereby assign and agree to assign to Waldman all copyrights and rights of copyright in and to any and all materials and/or drafts I have created in the past or will create in the future for Waldman, and I agree to cooperate with Waldman in the recordation of any such assignment, including by furnishing any information and/or executing any documentation reasonably requested by Waldman for that purpose.

I understand and agree that the effect of this Work-for-Hire Agreement and Copyright Assignment is that I am releasing all claims of any kind to the finished product or products and that such works shall be exclusively owned by Waldman in all respects. In the event I wish to utilize any work created for Waldman for any personal use (whether commercial or otherwise) I will first inform and obtain written approval from Waldman. I understand that Waldman will agree to such use by me if such use is outside the field of printed publications...

If at any time Waldman or I take any action that is inconsistent with any of these terms, such action shall not be a waiver of that term by Waldman or me, and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment supercedes any previous and/or current arrangements, agreements and/or practices that may be or may have been in place between myself and Waldman, and that any materials, drafts and/or works that I have produced for Waldman to date are subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By: _____    Date: 8·23·04

Printed
Name: _____

Exhibit A

Description of project:

FULL COLOR ART FOR COVER AND INTERIORS OF 275-1TWINKLE TWINKLE LITTLE
STAR

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re: Xmas Spin-A-Song Story books

276-2 We Wish You A Merry Xmas

I, Costa Alavezos , understand and agree that Waldman
Publishing Corp. ("Waldman") has commissioned me to produce for
Waldman on a work-for-hire basis certain graphic and/or textual
materials and/or other works that Waldman may use in connection with
the project described in the attached Exhibit A, as well as in
connection with possible future projects.  I acknowledge that
Waldman is relying on me not to provide Waldman with works that
violate any intellectual property rights of any person or entity.  I
agree not to disclose any information relating to the works I create
for Waldman to any competitor of Waldman, and I also agree that I
will keep all the terms of this agreement and the details and
specifications of Waldman's projects and contemplated projects
completely confidential.

I understand and agree that all copyrights and rights of copyright in
and to any and all materials and/or drafts I create for Waldman,
including all finished products, shall be owned exclusively by
Waldman.  This includes ownership of all physical copies of the
finished product and all drafts and/or sketches leading up to the
finished product.

I also hereby assign and agree to assign to Waldman all copyrights
and rights of copyright in and to any and all materials and/or drafts
I have created in the past or will create in the future for Waldman,
and I agree to cooperate with Waldman in the recordation of any such
assignment, including by furnishing any information and/or executing
any documentation reasonably requested by Waldman for that purpose.

I understand and agree that the effect of this Work-for-Hire
Agreement and Copyright Assignment is that I am releasing all claims
of any kind to the finished product or products and that such works
shall be exclusively owned by Waldman in all respects.  In the event
I wish to utilize any work created for Waldman for any personal use
(whether commercial or otherwise) I will first inform and obtain
written approval from Waldman.  I understand that Waldman will agree
to such use by me if such use is outside the field of printed
publications...

If at any time Waldman or I take any action that is inconsistent with
any of these terms, such action shall not be a waiver of that term by

Waldman or me, and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment supercedes any previous and/or current arrangements, agreements and/or practices that may be or may have been in place between myself and Waldman, and that any materials, drafts and/or works that I have produced for Waldman to date are subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By: _Costa Alavezos_____    Date: _1-12-06____

Printed
Name: _COSTA ALAVEZOS_____

Exhibit A

Preparation of drawings for 276-2 "We Wish You A Merry Xmas/Xmas Spin-A-Song Story Books"

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re: Xmas Spin-A-Song Story books

276-1 Jingle Bells, Jingle Bells

I, _Carol Ferrando_, understand and agree that Waldman
Publishing Corp. ("Waldman") has commissioned me to produce for
Waldman on a work-for-hire basis certain graphic and/or textual
materials and/or other works that Waldman may use in connection with
the project described in the attached Exhibit A, as well as in
connection with possible future projects.  I acknowledge that
Waldman is relying on me not to provide Waldman with works that
violate any intellectual property rights of any person or entity.  I
agree not to disclose any information relating to the works I create
for Waldman to any competitor of Waldman, and I also agree that I
will keep all the terms of this agreement and the details and
specifications of Waldman's projects and contemplated projects
completely confidential.

I understand and agree that all copyrights and rights of copyright in
and to any and all materials and/or drafts I create for Waldman,
including all finished products, shall be owned exclusively by
Waldman.  This includes ownership of all physical copies of the
finished product and all drafts and/or sketches leading up to the
finished product.

I also hereby assign and agree to assign to Waldman all copyrights
and rights of copyright in and to any and all materials and/or drafts
I have created in the past or will create in the future for Waldman,
and I agree to cooperate with Waldman in the recordation of any such
assignment, including by furnishing any information and/or executing
any documentation reasonably requested by Waldman for that purpose.

I understand and agree that the effect of this Work-for-Hire
Agreement and Copyright Assignment is that I am releasing all claims
of any kind to the finished product or products and that such works
shall be exclusively owned by Waldman in all respects.  In the event
I wish to utilize any work created for Waldman for any personal use
(whether commercial or otherwise) I will first inform and obtain
written approval from Waldman.  I understand that Waldman will agree
to such use by me if such use is outside the field of printed
publications...

If at any time Waldman or I take any action that is inconsistent with
any of these terms, such action shall not be a waiver of that term by

Waldman or me, and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment supercedes any previous and/or current arrangements, agreements and/or practices that may be or may have been in place between myself and Waldman, and that any materials, drafts and/or works that I have produced for Waldman to date are subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By: _____ Date: _January 2006_

Printed
Name: _Carol Ferrando_

Exhibit A

Preparation of drawings for 276-1 "Jingle Bells, Jingle Bells/Xmas
Spin-A-Song Story Books"

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re: Xmas Spin-A-Song Story books

276-1 Jingle Bells, Jingle Bells

276-2 We Wish You A Merry Xmas

I, _Elliot Kreloff, Inc_, understand and agree that Waldman
Publishing Corp. ("Waldman") has commissioned me to produce for
Waldman on a work-for-hire basis certain graphic and/or textual
materials and/or other works that Waldman may use in connection with
the project described in the attached Exhibit A, as well as in
connection with possible future projects. I acknowledge that
Waldman is relying on me not to provide Waldman with works that
violate any intellectual property rights of any person or entity. I
agree not to disclose any information relating to the works I create
for Waldman to any competitor of Waldman, and I also agree that I
will keep all the terms of this agreement and the details and
specifications of Waldman's projects and contemplated projects
completely confidential.

I understand and agree that all copyrights and rights of copyright in
and to any and all materials and/or drafts I create for Waldman,
including all finished products, shall be owned exclusively by
Waldman. This includes ownership of all physical copies of the
finished product and all drafts and/or sketches leading up to the
finished product.

I also hereby assign and agree to assign to Waldman all copyrights
and rights of copyright in and to any and all materials and/or drafts
I have created in the past or will create in the future for Waldman,
and I agree to cooperate with Waldman in the recordation of any such
assignment, including by furnishing any information and/or executing
any documentation reasonably requested by Waldman for that purpose.

I understand and agree that the effect of this Work-for-Hire
Agreement and Copyright Assignment is that I am releasing all claims
of any kind to the finished product or products and that such works
shall be exclusively owned by Waldman in all respects. In the event
I wish to utilize any work created for Waldman for any personal use
(whether commercial or otherwise) I will first inform and obtain
written approval from Waldman. I understand that Waldman will agree
to such use by me if such use is outside the field of printed
publications...

If at any time Waldman or I take any action that is inconsistent with any of these terms, such action shall not be a waiver of that term by Waldman or me, and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment supercedes any previous and/or current arrangements, agreements and/or practices that may be or may have been in place between myself and Waldman, and that any materials, drafts and/or works that I have produced for Waldman to date are subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By: _____    Date: __1/27/06__

Printed
Name: __ELLIOT KREWOFF__

Exhibit A

Preparation of designs and layouts for 276-1 "Jingle Bells, Jingle Bells/Xmas Spin-A-Song Story books" and 276-2 "We Wish You A Merry Xmas/Xmas Spin-A-Song Story books"

## WORK-FOR-HIRE AGREEMENT/COPYRIGHT ASSIGNMENT

This Agreement is entered into between *Carol Ferrada* ("Consultant") on the one hand, and Waldman Publishing Corporation ("Waldman") on the other hand (Consultant and Waldman together, the "Parties").

The Parties understand and agree that Waldman has commissioned Consultant to produce for Waldman on a work-for-hire basis certain designs, artwork, graphics, textual creations, and/or related works (collectively, the "Works"). A brief description of the Works is included in the attached Exhibit A. Consultant understands and agrees that "Works" as used in this Agreement includes all materials, sketches, and drafts that Consultant creates that lead up to the finished product.

Consultant acknowledges that Waldman is relying on Consultant to provide Waldman with works that do not violate any intellectual property rights of any person or entity. In that context, Consultant unequivocally represents and warrants that (1) the Works are Consultant's original creation, (2) Consultant owns the full right, title, and interest in and to the Works, including all trademark, copyright, patent, and other intellectual property rights, and (3) Consultant is fully empowered to grant and/or confirm all rights that are the subject of this Agreement.

For good and valuable consideration, the receipt and sufficiency of which Consultant hereby acknowledges, Consultant hereby acknowledges and agrees that the Works are and/or were created as works-made-for-hire for Waldman under the United States Copyright Act, and that Waldman is to be considered the author of the Works for purposes of copyright. To the extent that the Works may be ineligible for work-for-hire status, Consultant hereby irrevocably sells, transfers, and assigns to Waldman all present and future right, title, and interest in and to the Works, in any and all media now known or hereafter developed, including but not limited to worldwide copyright rights therein (and all renewals and extensions thereof) along with all causes of action, including those for infringement, known or unknown, that have accrued or will accrue, from the conception or creation of each such work.

Consultant agrees not to disclose any information relating to the Works to any third-party, and Consultant also agrees that Consultant will keep confidential all details and specifications concerning this Agreement, the Works, and past, present, and future Waldman projects.

Any materials, drafts, and/or works that have been produced by Consultant for Waldman to date are subject to the terms set forth in this Agreement.

Consultant understands and agrees that the effect of this Agreement is that Consultant is releasing all claims of any kind to the Works, and that the Works shall be exclusively owned by Waldman in all respects. In the event that Consultant wishes to exploit and/or utilize the Works in any respect (whether for commercial purposes or otherwise), Consultant will first obtain written approval from Waldman, which approval Waldman may withhold for any reason at all, reasonable or otherwise.

This Agreement supersedes any previous and/or current arrangements, agreements, and/or practices that may be or may have been in place between Consultant and Waldman. This

Agreement will be governed by the laws of the State of New York, and the Parties waive any objection to the personal jurisdiction or venue of the state or federal courts of the State of New York.  The state and federal courts of the State of New York will have exclusive jurisdiction over any dispute brought relating to this Agreement.

[Consultant]                                          WALDMAN PUBLISHING CORPORATION

_Carol Ferrando_                                      _Anne Waldman Gober_
Printed Name:                                         By: Anne Waldman Gober
Date Signed:                                          Title: President
                                                      Date Signed: 3/27/07

March 2007

Carol Ferrando, Waldman Publishing Work-for-Hire Agreement Exhibit A, March 13, 2007

<u>Exhibit A</u>

Cover artwork for the following title in the H332 series:

H332-69 Happy Times

Author/Editor/Artist/Designer initial and date: ___*CF March 2007*___

07/28/2006 09:37 AM



**David O. Miller**
2 Dean Court
East Northport, NY  11731
631-266-6875
djmiller@i-2000.com
www.i2.i-2000.com/~djmiller/

# INVOICE

## Purchase of Illustrations Invoice

| | | | |
|---|---|---|---|
| *Date:* | June 19, 2003 | *Attention:* Rochelle Larkin | |
| *Client:* | **Waldman Publishing Corp.**<br>570 Seventh Ave<br>New York, NY 10018-1603<br>212-730-9590 | *Illustrators Job Number:* 060103 | |
| | | *Clients Job Number or PO:* | |

*Assignment Description:*

Purchase of color illustration for the cover
of the coloring book "We Love Color".

*Fee:*                   $200.00

*handwritten:* Acct#6152
H537-75
CA
$213.65

*handwritten right column:*
7/9/03
168 — 3
92
6150
CHECK # 1666 7
DATE PAID 7/15/03
AMOUNT PAID $213 65

*Itemized Expenses, (Other Billable Items):*

Shipping

Expenses:                 $13.65

Total:                    $213.65

Minus Payments
on Account:               $00.00

*Social Security: 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*
*Make checks payable to David O. Miller*

**Balance Due:**          **$213.65**



Date: **June 19, 2003**

*David O. Miller, Miller Design/Illustration*
**Member Graphic Artist Guild of New York**

## WORK-FOR-HIRE AGREEMENT/COPYRIGHT ASSIGNMENT

This Agreement is entered into between *LINDA WINCHESTER* ("Consultant") on the one hand. and Waldman Publishing Corporation ("Waldman") on the other hand (Consultant and Waldman together, the "Parties").

The Parties understand and agree that Waldman has commissioned Consultant to produce for Waldman on a work-for-hire basis certain designs, artwork, graphics, textual creations, and or related works (collectively, the "Works). A brief description of the Works is included in the attached Exhibit A. Consultant understands and agrees that "Works" as used in this Agreement includes all materials, sketches, and drafts that Consultant creates that lead up to the finished product.

Consultant acknowledges that Waldman is relying on Consultant to provide Waldman with works that do not violate any intellectual property rights of any person or entity. In that context, Consultant unequivocally represents and warrants that (1) the Works are Consultant's original creation, (2) Consultant owns the full right, title, and interest in and to the Works, including all trademark, copyright, patent, and other intellectual property rights, and (3) Consultant is fully empowered to grant and/or confirm all rights that are the subject of this Agreement.

For good and valuable consideration, the receipt and sufficiency of which Consultant hereby acknowledges, Consultant hereby acknowledges and agrees that the Works are and, or were created as works-made-for-hire for Waldman under the United States Copyright Act, and that Waldman is to be considered the author of the Works for purposes of copyright. To the extent that the Works may be ineligible for work-for-hire status, Consultant hereby irrevocably sells, transfers, and assigns to Waldman all present and future right, title, and interest in and to the Works, in any and all media now known or hereafter developed, including but not limited to worldwide copyright rights therein (and all renewals and extensions thereof) along with all causes of action, including those for infringement, known or unknown, that have accrued or will accrue, from the conception or creation of each such work.

Consultant agrees not to disclose any information relating to the Works to any third-party, and Consultant also agrees that Consultant will keep confidential all details and specifications concerning this Agreement, the Works, and past, present, and future Waldman projects.

Any materials, drafts, and/or works that have been produced by Consultant for Waldman to date are subject to the terms set forth in this Agreement.

Consultant understands and agrees that the effect of this Agreement is that Consultant is releasing all claims of any kind to the Works, and that the Works shall be exclusively owned by Waldman in all respects. In the event that Consultant wishes to exploit and/or utilize the Works in any respect (whether for commercial purposes or otherwise), Consultant will first obtain written approval from Waldman, which approval Waldman may withhold for any reason at all, reasonable or otherwise.

This Agreement supersedes any previous and/or current arrangements, agreements, and/or practices that may be or may have been in place between Consultant and Waldman. This

Agreement will be governed by the laws of the State of New York, and the Parties waive any objection to the personal jurisdiction or venue of the state or federal courts of the State of New York. The state and federal courts of the State of New York will have exclusive jurisdiction over any dispute brought relating to this Agreement.

[Consultant]

Printed Name: *LINDA WINCHESTER*
Date Signed: *3/24/07*

WALDMAN PUBLISHING CORPORATION

By: Anne Waldman Gober
Title: President
Date Signed:

Linda Winchester. Waldman Publishing Work-for-Hire Agreement Exhibit A. March 20, 2007

<u>Exhibit A</u>

Artwork as described below:

H332-70 Rainbow Road (cover)
G426-40 Christmas in the Country (cover)
1520-1 Fairy Tale Numbers Preschool Workbook (interior line art)
1520-4 Fairy Tale Learning Readiness (cover)
F6826-36 Original Christmas Fun Pad (kids watching Santa) (cover)
9550-2 Cats and Kittens (color cover art and interior line art)

Author Editor Artist Designer initial and date: _LW_ 3/24/07

## WORK-FOR-HIRE AGREEMENT/COPYRIGHT ASSIGNMENT

This Agreement is entered into between *[handwritten]* ("Consultant") on the one hand, and Waldman Publishing Corporation ("Waldman") on the other hand (Consultant and Waldman together, the "Parties").

The Parties understand and agree that Waldman has commissioned Consultant to produce for Waldman on a work-for-hire basis certain designs, artwork, graphics, textual creations, and/or related works (collectively, the "Works"). A brief description of the Works is included in the attached Exhibit A. Consultant understands and agrees that "Works" as used in this Agreement includes all materials, sketches, and drafts that Consultant creates that lead up to the finished product.

Consultant acknowledges that Waldman is relying on Consultant to provide Waldman with works that do not violate any intellectual property rights of any person or entity. In that context, Consultant unequivocally represents and warrants that (1) the Works are Consultant's original creation, (2) Consultant owns the full right, title, and interest in and to the Works, including all trademark, copyright, patent, and other intellectual property rights, and (3) Consultant is fully empowered to grant and/or confirm all rights that are the subject of this Agreement.

For good and valuable consideration, the receipt and sufficiency of which Consultant hereby acknowledges, Consultant hereby acknowledges and agrees that the Works are and/or were created as works-made-for-hire for Waldman under the United States Copyright Act, and that Waldman is to be considered the author of the Works for purposes of copyright. To the extent that the Works may be ineligible for work-for-hire status, Consultant hereby irrevocably sells, transfers, and assigns to Waldman all present and future right, title, and interest in and to the Works, in any and all media now known or hereafter developed, including but not limited to worldwide copyright rights therein (and all renewals and extensions thereof) along with all causes of action, including those for infringement, known or unknown, that have accrued or will accrue, from the conception or creation of each such work.

Consultant agrees not to disclose any information relating to the Works to any third-party, and Consultant also agrees that Consultant will keep confidential all details and specifications concerning this Agreement, the Works, and past, present, and future Waldman projects.

Any materials, drafts, and/or works that have been produced by Consultant for Waldman to date are subject to the terms set forth in this Agreement.

Consultant understands and agrees that the effect of this Agreement is that Consultant is releasing all claims of any kind to the Works, and that the Works shall be exclusively owned by Waldman in all respects. In the event that Consultant wishes to exploit and/or utilize the Works in any respect (whether for commercial purposes or otherwise), Consultant will first obtain written approval from Waldman, which approval Waldman may withhold for any reason at all, reasonable or otherwise.

This Agreement supersedes any previous and/or current arrangements, agreements, and/or practices that may be or may have been in place between Consultant and Waldman. This

Agreement will be governed by the laws of the State of New York, and the Parties waive any objection to the personal jurisdiction or venue of the state or federal courts of the State of New York. The state and federal courts of the State of New York will have exclusive jurisdiction over any dispute brought relating to this Agreement.

[Consultant] GEORGE WILDMAN

Printed Name:
Date Signed: 3/19/07

WALDMAN PUBLISHING CORPORATION

By: Anne Waldman Gober
Title: President
Date Signed: 3/20/07

George Wildman, Waldman Publishing Work-for-Hire Agreement Exhibit A, March 14, 2007

<u>Exhibit A</u>

Cover art for the following titles in the H332 and F6826 series:


H332-73 Fun for All
H332-74 My Friends

F6826-31 Original Christmas Fun Pad

Author/Editor/Artist/Designer initial and date: _____

07/28/2006 09:37 AM

*Rosenthal Represents*

| | |
|---|---|
| TO | Mr. Josh Hanft          212-986-1418 |
| | WALDMAN PUBLISHING |
| | 310 Madison Ave.  #1406 |
| | New York, NY  10017 |

INVOICE NO.

DATE        12/8/95

P.O. NO.    ERJ #4616

DESCRIPTION    F/C illustration of two coloring book covers,
FOREST ANIMALS & KITTENS at $800 each equaling
$1,600.

USAGE

COMPREHENSIVES

DESIGN

PRODUCTION

ILLUSTRATION    Fee: $1,600

LETTERING

MATERIALS & SUPPLIES

SHIPPING OTHER

REVISIONS

| | |
|---|---|
| SUBTOTAL: | $1,600 |
| SALES TAX: | out of state |
| TOTAL: | |
| MINUS DEPOSIT: | |
| TOTAL DUE: | $1,600 |

Rosenthal Represents
3850 Eddingham Avenue
Calabasas, CA 91302
(818) 222-5445

PLEASE REMIT TO: ROSENTHAL REPRESENTS,
NET 30 DAYS UNLESS OTHERWISE SPECIFIED. OVER 30 DAYS 1½% LATE CHARGE PER MONTH WILL BE BILLED.
(310) 390-9595

WORK-FOR-HIRE AGREEMENT/COPYRIGHT ASSIGNMENT

This Agreement is entered into between _Lee Kaster_ ("Consultant") on the one hand, and Waldman Publishing Corporation ("Waldman") on the other hand (Consultant and Waldman together, the "Parties").

The Parties understand and agree that Waldman has commissioned Consultant to produce for Waldman on a work-for-hire basis certain designs, artwork, graphics, textual creations, and/or related works (collectively, the "Works). A brief description of the Works is included in the attached Exhibit A. Consultant understands and agrees that "Works" as used in this Agreement includes all materials, sketches, and drafts that Consultant creates that lead up to the finished product.

Consultant acknowledges that Waldman is relying on Consultant to provide Waldman with works that do not violate any intellectual property rights of any person or entity. In that context, Consultant unequivocally represents and warrants that (1) the Works are Consultant's original creation, (2) Consultant owns the full right, title, and interest in and to the Works, including all trademark, copyright, patent, and other intellectual property rights, and (3) Consultant is fully empowered to grant and/or confirm all rights that are the subject of this Agreement.

For good and valuable consideration, the receipt and sufficiency of which Consultant hereby acknowledges, Consultant hereby acknowledges and agrees that the Works are and/or were created as works-made-for-hire for Waldman under the United States Copyright Act, and that Waldman is to be considered the author of the Works for purposes of copyright. To the extent that the Works may be ineligible for work-for-hire status, Consultant hereby irrevocably sells, transfers, and assigns to Waldman all present and future right, title, and interest in and to the Works, in any and all media now known or hereafter developed, including but not limited to worldwide copyright rights therein (and all renewals and extensions thereof) along with all causes of action, including those for infringement, known or unknown, that have accrued or will accrue, from the conception or creation of each such work.

Consultant agrees not to disclose any information relating to the Works to any third-party, and Consultant also agrees that Consultant will keep confidential all details and specifications concerning this Agreement, the Works, and past, present, and future Waldman projects.

Any materials, drafts, and/or works that have been produced by Consultant for Waldman to date are subject to the terms set forth in this Agreement.

Consultant understands and agrees that the effect of this Agreement is that Consultant is releasing all claims of any kind to the Works, and that the Works shall be exclusively owned by Waldman in all respects. In the event that Consultant wishes to exploit and/or utilize the Works in any respect (whether for commercial purposes or otherwise), Consultant will first obtain written approval from Waldman, which approval Waldman may withhold for any reason at all, reasonable or otherwise.

This Agreement supersedes any previous and/or current arrangements, agreements, and/or practices that may be or may have been in place between Consultant and Waldman. This

Agreement will be governed by the laws of the State of New York, and the Parties waive any objection to the personal jurisdiction or venue of the state or federal courts of the State of New York. The state and federal courts of the State of New York will have exclusive jurisdiction over any dispute brought relating to this Agreement.

[Consultant] _____

LEE KASTER
_____
Printed Name:
Date Signed: 3/ 19/ 07

WALDMAN PUBLISHING CORPORATION

_____
By: Anne Waldman Gober
Title: President
Date Signed: 3/24/7

07/28/2006 09:37 AM

Lee Kaster, Waldman Publishing Work-for-Hire Agreement Exhibit A, March 15, 2007

<u>Exhibit A</u>

S400-178 1,2,3 Count with Me (cover art)
I7000-56 PWW: Let's Go to the Zoo (cover)

D7120-1 My Favorite Sticker Book of Letters and Words (cover and interior art)
D7120-2 MFSB: Numbers and Counting (cover and interior art)
D7120-3 MFSB: Colors and Art (cover and interior art)
D7120-4 MFSB: Animals and their Homes (cover and interior art)

9550-1 Horses and Ponies (interior line drawings)

Author/Editor/Artist/Designer initial and date: _____

07/28/2006 09:37 AM

*International*

43 East 19 Street NEW YORK, N.Y. 10003   Tel. (212) 354-4996   Telex: 427539 SIART

Diagonal, 125  08029 BARCELONA - SPAIN   Tel. 258-0900   Telex: 54007-SEILE

8 - 0423

**INVOICE**

Date 12/8/95

No. 2679895

TO: Josh Hanft
Waldman

Art work by _Francesc Mateu_

For _Halloween Cover_

P.O. No. _____

Commission or order Date ___ 11/14/95

Total $ _800.00_

Rights Licensed: _AS PER AGREEMENT_

The right to reproduce this art work will be licensed to you upon receipt in payment of this invoice. Payment terms—thirty days. See reverse side for terms.

The copyright license pertains only to the reproduction rights specified above. All other rights remain the sole property of the artist and S.I. International.

Checks should be made payable to S.I. International and mailed to 43 East Nineteenth Street New York, N.Y. 10003. Please write our invoice number with your payment.

Thank you.

S.I. International

FED. I.D. #13 321 4201

*International*

43 East 19 Street NEW YORK, N.Y. 10003   Tel: ... ...-...6   Telex: 427539 SIART
Diagon.ll. ...   ... ... BARCELONA - SPAIN   Tel: 253-2900   Telex: 54007-SEILE

8-0424

**INVOICE**

Date  _12/8/95_                    No. _2678095_

TO:

*Josh Hanft*
*Waldman*

Art work by  _Montsie Ponedon_
For  _Halloween Cover_
P.O. No. _____
Commission or order Date  _11/14/95_
Total $  _800.00_
Rights Licensed:  _AS PER AGREEMENT_

The right to reproduce this art work will be licensed to you upon receipt of payment of this invoice. Payment terms—thirty days. See reverse side for terms.

The copyright license pertains only to the reproduction rights specified above. All other rights remain the sole property of ... ... ... and I.I. International.

Checks should be made payable ... I.I. ... ...ternational and mailed to ... East  ...teenth Street New York, N.Y. 1000  Ple... ... ...voice number with your payment.

(et to
Go to
a Hallowe..
12th)

(419-13

(A)

(4)

... you,

I.I. ...ternational

FED. I.D. # 13 321 4201

*International*

43 East 19 Street NEW YORK, N.Y. 10003   Tel: 212-254-4996   Telex: 427939 SIART

Diagonal, 123   BARCELONA · SPAIN   Tel: 258-2900   Telex: 54007-SEILE

8. 9422

**INVOICE**

Date  12/8/95

No. 2679995

TO:

Josh Hanft
Waldman

Art work by  Bob Ostrom

For  Halloween Cover

P.O. No.

Commission or order Date  11/14

Total $  ~~2200~~ 500.00

Rights Licensed:  AS PER AGREEMENT

The right to reproduce this art work will be licensed to you upon receipt of payment of this invoice. Payment terms—thirty days. See reverse side for terms.

The copyright license pertains only to the reproduction rights described above. All other rights remain the sole property of the artist and S.I. International.

Checks should be made payable to S.I. International and mailed to 43 East Nineteenth Street, New York, N.Y. 10003. Please reference invoice number with your payment.

Fun of Halloween

C 419-24

CA

Thank you.

S.I. International

FED. I.D. # 13 321 4201

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re:    Full Color Cover Art for Halloween and Springtime coloring books:

      E484-19:  Springtime Parade Coloring Book
      E419-21:  Trick or Treat Coloring Book

I, the undersigned, understand and agree that Waldman Publishing Corp. ("Waldman") has commissioned me to produce for Waldman on a work-for-hire basis certain graphic and/or textual materials and/or other works that Waldman may use in connection with the project described in the attached Exhibit A, as well as in connection with possible future projects. I acknowledge that Waldman is relying on me not to provide Waldman with works that violate any intellectual property rights of any person or entity. I agree not to disclose any information relating to the works I create for Waldman to any competitor of Waldman, and I also agree that I will keep all the terms of this agreement and the details and specifications of Waldman's projects and contemplated projects completely confidential.

I understand and agree that all copyrights and rights of copyright in and to any and all materials and/or drafts I create for Waldman, including all finished products, shall be owned exclusively by Waldman. This includes ownership of all physical copies of the finished product and all drafts and/or sketches leading up to the finished product.

I also hereby assign and agree to assign to Waldman all copyrights and rights of copyright in and to any and all materials and/or drafts I have created in the past or will create in the future for Waldman, and I agree to cooperate with Waldman in the recordation of any such assignment, including by furnishing any information and/or executing any documentation reasonably requested by Waldman for that purpose.

I understand and agree that the effect of this Work-for-Hire Agreement and Copyright Assignment is that I am releasing all claims of any kind to the finished product or products and that such works shall be exclusively owned by Waldman in all respects. In the event I wish to utilize any work created for Waldman for any personal use (whether commercial or otherwise) I will first inform and obtain written approval from Waldman. I understand that Waldman will agree to such use by me if such use is outside the field of printed publications...

If at any time Waldman or I take any action that is inconsistent with any of these terms, such action shall not be a waiver of that term by Waldman or me, and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment supercedes any previous and/or current arrangements, agreements and/or practices that may be or may have

been in place between myself and Waldman, and that any materials, drafts and/or works that I have produced for Waldman to date are subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By: _Costa Alavezos_                    Date: _4-18-05_

Printed
Name: _COSTA ALAVEZOS_

Exhibit A

Description of project

Full Color Cover Art for Halloween and Springtime coloring books:

E484-19:  Springtime Parade Coloring Book
E419-21:  Trick or Treat Coloring Book



STATEMENT

DON SECREASE
702C LOFTY POINT
BALLWIN, MO. 63021
TEL  1-636-256-9529
FAX  1-636-227-6689

CLIE...                    ARKIN
CO...

                          ...NG  Suite 800
                          10018
P.O. NU...
JOB NU...
DATE:     11-23-11

1    DINOSAUR COLORING BOOK COVER    $300⁰⁰

SS# 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

B 487-7

KEY ... CA ...

TOTAL        $ 300⁰⁰

**S.I. International**

46 East 19 Street NEW YORK N.Y. 10003   Tel. (212) 254-4996   Telex 42703 SPOR
Diagonal 438, 08008 BARCELONA - SPAIN   Tel. 886-0421   Telex 54141 SDTE

**INVOICE**

No. 2630194 – DOTS
2630294 – MAZES
2630394 – Hidden

Date 1-17-95

TO:

JOSH HANFT
Waldman Publishing
310 Madison Ave

Art work by David CHRISTENSEN

For Let me Try Series – Hidden Pictures, MAZES, DOTS

P.O. No.

Commission or order Date 12-14-95

Total $ 2,550 pro

Rights Licensed: As per Agreement

The right to reproduce this art work will be licensed to you upon receipt of payment of this Invoice. Payment terms—thirty days. (See reverse side for terms).

The copyright license pertains only to the reproduction rights specified above. All other rights remain the sole property of the artist and S.I. International.

Checks should be made payable to S.I. International and mailed to 46 East Nineteenth Street, New York, N.Y. 10003. Please cite our Invoice number with your payment.

# 511 - ½
      - ¾

KEY  CA

OK

Thank you,

S.I. International

FED ID #: 13-321-4201

S.I. International

INVOICE
No. 2630194 - DOTS
2630294 - MAZES
2630394 - Hidden

Date 1-17-95

TO:
JOSH HANFT
Waldman Publishing
310 Madison Ave

Artwork by David CHRISTENSEN
For Let me TRY Series - Hidden Pictures, MAZES, DOTS
P.O. No.
Commission or order Date 12-14-95
Total $ 2,550.00
Rights Licensed:
As per Agreement

The right to reproduce this artwork will be licensed to you upon receipt of payment of this invoice. Payment terms—thirty days. (See reverse side for terms).

The copyright license pertains only to the reproduction rights specified above. All other rights remain the sole property of the artist and S.I. International.

Checks should be made payable to S.I. International and mailed to 43 East Nineteenth Street, New York, N.Y. 10003. Please cite our invoice number with your payment.

Thank you,
S.I. International

# _____
KEY CA
OK

FED ID#: 13-321-4201