WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re: The Original Fun Pad Jumbos
H6804-32 Animals Cycling (Like on Tour-De France)

I, _____, understand and agree that Waldman
Publishing Corp. ("Waldman") has commissioned me to produce for
Waldman on a work-for-hire basis certain graphic and/or textual
materials and/or other works that Waldman may use in connection with
the project described in the attached Exhibit A, as well as in
connection with possible future projects.  I acknowledge that
Waldman is relying on me not to provide Waldman with works that
violate any intellectual property rights of any person or entity.  I
agree not to disclose any information relating to the works I create
for Waldman to any competitor of Waldman, and I also agree that I
will keep all the terms of this agreement and the details and
specifications of Waldman's projects and contemplated projects
completely confidential.

I understand and agree that all copyrights and rights of copyright in
and to any and all materials and/or drafts I create for Waldman,
including all finished products, shall be owned exclusively by
Waldman.  This includes ownership of all physical copies of the
finished product and all drafts and/or sketches leading up to the
finished product.

I also hereby assign and agree to assign to Waldman all copyrights
and rights of copyright in and to any and all materials and/or drafts
I have created in the past or will create in the future for Waldman,
and I agree to cooperate with Waldman in the recordation of any such
assignment, including by furnishing any information and/or executing
any documentation reasonably requested by Waldman for that purpose.

I understand and agree that the effect of this Work-for-Hire
Agreement and Copyright Assignment is that I am releasing all claims
of any kind to the finished product or products and that such works
shall be exclusively owned by Waldman in all respects.  In the event
I wish to utilize any work created for Waldman for any personal use
(whether commercial or otherwise) I will first inform and obtain
written approval from Waldman.  I understand that Waldman will agree
to such use by me if such use is outside the field of printed
publications...

If at any time Waldman or I take any action that is inconsistent with
any of these terms, such action shall not be a waiver of that term by

Exhibit A          JP

Preparation of drawings for H6804-32 "Animals Cycling"/The Original
Fun Pad Jumbos

*233*

*1-9568*

Jack Kelly

RD 1 Box 95
Red Hook, NY 12571

914-756-2913
fax 914-756-3213

# INVOICE

May 7, 1999

Waldman Publishing Corp.
570 Seventh Avenue - Suite 800
New York, NY 10018

Attn: Ms. Rochelle Larkin

For the purchase of a book of approximately 24,000 words on the subject of "The Story of David."

| | Total | $2,200.00 |
|---|---|---|

TO:     Rochelle Larkin
        Waldman Publishi
        570 Seventh Ave.,
        New York, NY 10

FROM:   Claudia Vurnakes
        931 Radnor Rd.
        Wilmington, NC 2



## INVOICE

FOR:    Joseph and His Brothers          $2,000.00

INVOICE

Claudia Vurnakes
931 Radnor Road
Wilmington, NC 28409
910 799-8474


| | |
|---|---|
| Chapter book on Jesus, 40,000 words | $2,000.00 |
| Proofing, chapter book on David | 300.00 |
| Proofing, chapter book on Noah | 300.00 |
| Amount Due | $2,600.00 |

## WORK-FOR-HIRE AGREEMENT/COPYRIGHT ASSIGNMENT

This Agreement is entered into between ⸻ ⸻ ("Consultant") on the one hand, and Waldman Publishing Corporation ("Waldman") on the other hand (Consultant and Waldman together, the "Parties").

The Parties understand and agree that Waldman has commissioned Consultant to produce for Waldman on a work-for-hire basis certain designs, artwork, graphics, textual creations, and/or related works (collectively, the "Works"). A brief description of the Works is included in the attached <u>Exhibit A</u>. Consultant understands and agrees that "Works" as used in this Agreement includes all materials, sketches, and drafts that Consultant creates that lead up to the finished product.

Consultant acknowledges that Waldman is relying on Consultant to provide Waldman with works that do not violate any intellectual property rights of any person or entity. In that context, Consultant unequivocally represents and warrants that (1) the Works are Consultant's original creation, (2) Consultant owns the full right, title, and interest in and to the Works, including all trademark, copyright, patent, and other intellectual property rights, and (3) Consultant is fully empowered to grant and/or confirm all rights that are the subject of this Agreement.

For good and valuable consideration, the receipt and sufficiency of which Consultant hereby acknowledges, Consultant hereby acknowledges and agrees that the Works are and/or were created as works-made-for-hire for Waldman under the United States Copyright Act, and that Waldman is to be considered the author of the Works for purposes of copyright. To the extent that the Works may be ineligible for work-for-hire status, Consultant hereby irrevocably sells, transfers, and assigns to Waldman all present and future right, title, and interest in and to the Works, in any and all media now known or hereafter developed, including but not limited to worldwide copyright rights therein (and all renewals and extensions thereof) along with all causes of action, including those for infringement, known or unknown, that have accrued or will accrue, from the conception or creation of each such work.

Consultant agrees not to disclose any information relating to the Works to any third-party, and Consultant also agrees that Consultant will keep confidential all details and specifications concerning this Agreement, the Works, and past, present, and future Waldman projects.

Any materials, drafts, and/or works that have been produced by Consultant for Waldman to date are subject to the terms set forth in this Agreement.

Consultant understands and agrees that the effect of this Agreement is that Consultant is releasing all claims of any kind to the Works, and that the Works shall be exclusively owned by Waldman in all respects. In the event that Consultant wishes to exploit and/or utilize the Works in any respect (whether for commercial purposes or otherwise), Consultant will first obtain written approval from Waldman, which approval Waldman may withhold for any reason at all, reasonable or otherwise.

This Agreement supersedes any previous and/or current arrangements, agreements, and/or practices that may be or may have been in place between Consultant and Waldman. This

Agreement will be governed by the laws of the State of New York, and the Parties waive any objection to the personal jurisdiction or venue of the state or federal courts of the State of New York. The state and federal courts of the State of New York will have exclusive jurisdiction over any dispute brought relating to this Agreement.

[Consultant]

*Costa Alavezos*

Printed Name: COSTA ALAVEZOS

Date Signed: 3/30/07

WALDMAN PUBLISHING CORPORATION

By: Anne Waldman Gober
Title: President
Date Signed: 4/9/07

Costa Alavezos, Waldman Publishing Work-for-Hire Agreement Exhibit A, March 28, 2007

<u>Exhibit A</u>

Artwork as described below:

T6800-163 Original Fun Pad (ocean) (cover art)
F6804-22 Original Fun Pad (penguins) (cover art)
G6804-25 Original Fun Pad (animal party) (cover art)
B6819-4 Original Fun Pad: Halloween (costume party) (cover art)
E9200-20 (cover art)
15235 Frame Puzzle (Shapes) (4/C illustration)

Author/Editor/Artist/Designer initial and date: ___*CA*___ ___*3/30/07*___ _____

## WORK-FOR-HIRE AGREEMENT/COPYRIGHT ASSIGNMENT

This Agreement is entered into between *Brian Frascino* ("Consultant") on the one hand, and Waldman Publishing Corporation ("Waldman") on the other hand (Consultant and Waldman together, the "Parties").

The Parties understand and agree that Waldman has commissioned Consultant to produce for Waldman on a work-for-hire basis certain designs, artwork, graphics, textual creations, and/or related works (collectively, the "Works"). A brief description of the Works is included in the attached Exhibit A. Consultant understands and agrees that "Works" as used in this Agreement includes all materials, sketches, and drafts that Consultant creates that lead up to the finished product.

Consultant acknowledges that Waldman is relying on Consultant to provide Waldman with works that do not violate any intellectual property rights of any person or entity. In that context, Consultant unequivocally represents and warrants that (1) the Works are Consultant's original creation, (2) Consultant owns the full right, title, and interest in and to the Works, including all trademark, copyright, patent, and other intellectual property rights, and (3) Consultant is fully empowered to grant and/or confirm all rights that are the subject of this Agreement.

For good and valuable consideration, the receipt and sufficiency of which Consultant hereby acknowledges, Consultant hereby acknowledges and agrees that the Works are and/or were created as works-made-for-hire for Waldman under the United States Copyright Act, and that Waldman is to be considered the author of the Works for purposes of copyright. To the extent that the Works may be ineligible for work-for-hire status, Consultant hereby irrevocably sells, transfers, and assigns to Waldman all present and future right, title, and interest in and to the Works, in any and all media now known or hereafter developed, including but not limited to worldwide copyright rights therein (and all renewals and extensions thereof) along with all causes of action, including those for infringement, known or unknown, that have accrued or will accrue, from the conception or creation of each such work.

Consultant agrees not to disclose any information relating to the Works to any third-party, and Consultant also agrees that Consultant will keep confidential all details and specifications concerning this Agreement, the Works, and past, present, and future Waldman projects.

Any materials, drafts, and/or works that have been produced by Consultant for Waldman to date are subject to the terms set forth in this Agreement.

Consultant understands and agrees that the effect of this Agreement is that Consultant is releasing all claims of any kind to the Works, and that the Works shall be exclusively owned by Waldman in all respects. In the event that Consultant wishes to exploit and/or utilize the Works in any respect (whether for commercial purposes or otherwise), Consultant will first obtain written approval from Waldman, which approval Waldman may withhold for any reason at all, reasonable or otherwise.

This Agreement supersedes any previous and/or current arrangements, agreements, and/or practices that may be or may have been in place between Consultant and Waldman. This

Agreement will be governed by the laws of the State of New York, and the Parties waive any objection to the personal jurisdiction or venue of the state or federal courts of the State of New York.  The state and federal courts of the State of New York will have exclusive jurisdiction over any dispute brought relating to this Agreement.

[Consultant]

Printed Name: 9/20/06
Date Signed: Brian Frascino

WALDMAN PUBLISHING CORPORATION

By: Anne Waldman Gober
Title: President
Date Signed:

<u>Exhibit A</u>

Purchase of digital interior and cover art for: 5960-2 Around The World Adventure

$400. For Cover Art (if needed)
$760. For 76 spot illustrations
Total: $760.00 or $1160. If cover art is commissioned

Amount due on delivery and acceptance of the book.
jpegs for approval to be sent in groups of 20-30 at a time, and the last due on or about 9/15.
All final art to be delivered electronically, via CD/DVD by October 15th, 2006.

## WORK-FOR-HIRE AGREEMENT/COPYRIGHT ASSIGNMENT

This Agreement is entered into between *Elliot Kreloff, Inc.* ("Consultant") on the one hand, and Waldman Publishing Corporation ("Waldman") on the other hand (Consultant and Waldman together, the "Parties").

The Parties understand and agree that Waldman has commissioned Consultant to produce for Waldman on a work-for-hire basis certain designs, artwork, graphics, textual creations, and/or related works (collectively, the "Works). A brief description of the Works is included in the attached <u>Exhibit A</u>. Consultant understands and agrees that "Works" as used in this Agreement includes all materials, sketches, and drafts that Consultant creates that lead up to the finished product.

Consultant acknowledges that Waldman is relying on Consultant to provide Waldman with works that do not violate any intellectual property rights of any person or entity. In that context, Consultant unequivocally represents and warrants that (1) the Works are Consultant's original creation, (2) Consultant owns the full right, title, and interest in and to the Works, including all trademark, copyright, patent, and other intellectual property rights, and (3) Consultant is fully empowered to grant and/or confirm all rights that are the subject of this Agreement.

For good and valuable consideration, the receipt and sufficiency of which Consultant hereby acknowledges, Consultant hereby acknowledges and agrees that the Works are and/or were created as works-made-for-hire for Waldman under the United States Copyright Act, and that Waldman is to be considered the author of the Works for purposes of copyright. To the extent that the Works may be ineligible for work-for-hire status, Consultant hereby irrevocably sells, transfers, and assigns to Waldman all present and future right, title, and interest in and to the Works, in any and all media now known or hereafter developed, including but not limited to worldwide copyright rights therein (and all renewals and extensions thereof) along with all causes of action, including those for infringement, known or unknown, that have accrued or will accrue, from the conception or creation of each such work.

Consultant agrees not to disclose any information relating to the Works to any third-party, and Consultant also agrees that Consultant will keep confidential all details and specifications concerning this Agreement, the Works, and past, present, and future Waldman projects.

Any materials, drafts, and/or works that have been produced by Consultant for Waldman to date are subject to the terms set forth in this Agreement.

Consultant understands and agrees that the effect of this Agreement is that Consultant is releasing all claims of any kind to the Works, and that the Works shall be exclusively owned by Waldman in all respects. In the event that Consultant wishes to exploit and/or utilize the Works in any respect (whether for commercial purposes or otherwise), Consultant will first obtain written approval from Waldman, which approval Waldman may withhold for any reason at all, reasonable or otherwise.

This Agreement supersedes any previous and/or current arrangements, agreements, and/or practices that may be or may have been in place between Consultant and Waldman. This

Agreement will be governed by the laws of the State of New York, and the Parties waive any objection to the personal jurisdiction or venue of the state or federal courts of the State of New York.  The state and federal courts of the State of New York will have exclusive jurisdiction over any dispute brought relating to this Agreement.

[Consultant]

WALDMAN PUBLISHING CORPORATION

Printed Name: _ELLIOT KREUFF_

By: Anne Waldman Gober

Date Signed: _1/7/07_

Title: President

Date Signed:

Exhibit A

Purchase of digital designs and layouts for:

5960's STICKER SUDOKU FOR KIDS

5960-1 STICKER SUDOKU FOR KIDS SCHOOLHOUSE FUN

5960-2 STICKER SUDOKU FOR KIDS AROUND THE WORLD ADVENTURE

### WORK-FOR-HIRE AGREEMENT/COPYRIGHT ASSIGNMENT

This Agreement is entered into between _Brian Frascino_ ("Consultant") on the one hand, and Waldman Publishing Corporation ("Waldman") on the other hand (Consultant and Waldman together, the "Parties").

The Parties understand and agree that Waldman has commissioned Consultant to produce for Waldman on a work-for-hire basis certain designs, artwork, graphics, textual creations, and/or related works (collectively, the "Works). A brief description of the Works is included in the attached Exhibit A. Consultant understands and agrees that "Works" as used in this Agreement includes all materials, sketches, and drafts that Consultant creates that lead up to the finished product.

Consultant acknowledges that Waldman is relying on Consultant to provide Waldman with works that do not violate any intellectual property rights of any person or entity. In that context, Consultant unequivocally represents and warrants that (1) the Works are Consultant's original creation, (2) Consultant owns the full right, title, and interest in and to the Works, including all trademark, copyright, patent, and other intellectual property rights, and (3) Consultant is fully empowered to grant and/or confirm all rights that are the subject of this Agreement.

For good and valuable consideration, the receipt and sufficiency of which Consultant hereby acknowledges, Consultant hereby acknowledges and agrees that the Works are and/or were created as works-made-for-hire for Waldman under the United States Copyright Act, and that Waldman is to be considered the author of the Works for purposes of copyright. To the extent that the Works may be ineligible for work-for-hire status, Consultant hereby irrevocably sells, transfers, and assigns to Waldman all present and future right, title, and interest in and to the Works, in any and all media now known or hereafter developed, including but not limited to worldwide copyright rights therein (and all renewals and extensions thereof) along with all causes of action, including those for infringement, known or unknown, that have accrued or will accrue, from the conception or creation of each such work.

Consultant agrees not to disclose any information relating to the Works to any third-party, and Consultant also agrees that Consultant will keep confidential all details and specifications concerning this Agreement, the Works, and past, present, and future Waldman projects.

Any materials, drafts, and/or works that have been produced by Consultant for Waldman to date are subject to the terms set forth in this Agreement.

Consultant understands and agrees that the effect of this Agreement is that Consultant is releasing all claims of any kind to the Works, and that the Works shall be exclusively owned by Waldman in all respects. In the event that Consultant wishes to exploit and/or utilize the Works in any respect (whether for commercial purposes or otherwise), Consultant will first obtain written approval from Waldman, which approval Waldman may withhold for any reason at all, reasonable or otherwise.

This Agreement supersedes any previous and/or current arrangements, agreements, and/or practices that may be or may have been in place between Consultant and Waldman. This

Agreement will be governed by the laws of the State of New York, and the Parties waive any objection to the personal jurisdiction or venue of the state or federal courts of the State of New York. The state and federal courts of the State of New York will have exclusive jurisdiction over any dispute brought relating to this Agreement.

[Consultant]                                WALDMAN PUBLISHING CORPORATION

Printed Name:                               By: Anne Waldman Gober
Date Signed: 10/31/06                       Title: President
                                            Date Signed:

<u>Exhibit A</u>

**Purchase of digital interior and cover art for: 5960-1 STICKER SUDOKU FOR KIDS-SCHOOLHOUSE FUN**

WORK-FOR-HIRE AGREEMENT/COPYRIGHT ASSIGNMENT

This Agreement is entered into between _LEE KASTER_ ("Consultant") on the one hand, and Waldman Publishing Corporation ("Waldman") on the other hand (Consultant and Waldman together, the "Parties").

The Parties understand and agree that Waldman has commissioned Consultant to produce for Waldman on a work-for-hire basis certain designs, artwork, graphics, textual creations, and/or related works (collectively, the "Works"). A brief description of the Works is included in the attached Exhibit A. Consultant understands and agrees that "Works" as used in this Agreement includes all materials, sketches, and drafts that Consultant creates that lead up to the finished product.

Consultant acknowledges that Waldman is relying on Consultant to provide Waldman with works that do not violate any intellectual property rights of any person or entity. In that context, Consultant unequivocally represents and warrants that (1) the Works are Consultant's original creation, (2) Consultant owns the full right, title, and interest in and to the Works, including all trademark, copyright, patent, and other intellectual property rights, and (3) Consultant is fully empowered to grant and/or confirm all rights that are the subject of this Agreement.

For good and valuable consideration, the receipt and sufficiency of which Consultant hereby acknowledges, Consultant hereby acknowledges and agrees that the Works are and/or were created as works-made-for-hire for Waldman under the United States Copyright Act, and that Waldman is to be considered the author of the Works for purposes of copyright. To the extent that the Works may be ineligible for work-for-hire status, Consultant hereby irrevocably sells, transfers, and assigns to Waldman all present and future right, title, and interest in and to the Works, in any and all media now known or hereafter developed, including but not limited to worldwide copyright rights therein (and all renewals and extensions thereof) along with all causes of action, including those for infringement, known or unknown, that have accrued or will accrue, from the conception or creation of each such work.

Consultant agrees not to disclose any information relating to the Works to any third-party, and Consultant also agrees that Consultant will keep confidential all details and specifications concerning this Agreement, the Works, and past, present, and future Waldman projects.

Any materials, drafts, and/or works that have been produced by Consultant for Waldman to date are subject to the terms set forth in this Agreement.

Consultant understands and agrees that the effect of this Agreement is that Consultant is releasing all claims of any kind to the Works, and that the Works shall be exclusively owned by Waldman in all respects. In the event that Consultant wishes to exploit and/or utilize the Works in any respect (whether for commercial purposes or otherwise), Consultant will first obtain written approval from Waldman, which approval Waldman may withhold for any reason at all, reasonable or otherwise.

This Agreement supersedes any previous and/or current arrangements, agreements, and/or practices that may be or may have been in place between Consultant and Waldman. This

Agreement will be governed by the laws of the State of New York, and the Parties waive any objection to the personal jurisdiction or venue of the state or federal courts of the State of New York. The state and federal courts of the State of New York will have exclusive jurisdiction over any dispute brought relating to this Agreement.

[Consultant]                                          WALDMAN PUBLISHING CORPORATION

_____                      _____

Printed Name: *LEE KASTER*                            By: Anne Waldman Gober
Date Signed: *9-6-06*                                 Title: President
                                                      Date Signed: *9/11/06*

<u>Exhibit A</u>

Purchase of digital interior and cover art for: 5960-1 SCHOOLHOUSE FUN

$400. For Cover Art (if needed)
$760. For 76 spot illustrations
Total: $760.00 or $1160. If cover art is commissioned

Amount due on delivery and acceptance of the book.
jpegs for approval to be sent in groups of 20-30 at a time, and the last due on or about 9/15.
All final art to be delivered electronically, via CD/DVD by October 15th, 2006.

07/28/2006 09:37 AM

*Timothy Ayers*
# ink, inc
*ink that makes a mark*
101 N. Meadow Ln.
Cary, IL. 60013
847.516.0809
e-mail: Toon101@aol.com

# INVOICE: # WP002

**To: Waldman Publishing**
   **Attn: Rochelle or Josh**

Purchase Order Number: As per our verbal arrangement and agreement.

Service Contracted: Writing of 12,500 word, juvenile, horror fiction genre—
*Gore Tour*
Please remit $2000.00
Check made payable to Timothy Ayers

Address for remittance:
Timothy Ayers
101 N. Meadow Ln.
Cary, IL 60013


Also: I do have a friend who may be available for covers. He is an award winning watercolorist, excellent artist (and does some really great monster characters that are fun yet, scary) and is teaching poor children in Denver. If there is a need, let me know and I'll send his number to you.

230

2-1434

**Cynthia Blair**
**2 Maple Avenue**
**Stony Brook, New York  11790**
**Phone:   516-689-6119**
**Fax:     516-689-6682**


INVOICE


TO:          Rochelle Larkin
             Waldman Publishing Corporation
             310 Madison Avenue
             New York, New York  10017


FOR:         12,500 word story:  "The Boy Who Cried Ghost"

DATE:        June 6, 1996

AMOUNT DUE:  $2000.00

Soc. Sec. #:   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

Fright Time

CS960  #4

KEY  SC

OK

# 9552
7/15/96

300-05
A+E

8 - C401

**Cynthia Blair**
**2 Maple Avenue**
**Stony Brook, New York 11790**
**Phone:   516-689-6119**
**Fax:      516-689-6682**


<u>INVOICE</u>


For:                      12,400 word story:  Babysitter Story


Submitted to:       Rochelle Larkin
                          Waldman Publishing Corporation
                          310 Madison Avenue
                          New York, New York  10017


Date submitted:    September 1995


Soc. Sec. #:          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


Total due:            **$2,000**

1/26/95

To:
Waldman Publishing
Suite 1406
310 Madison Ave
New York, NY 10017

From:
Paul Buchanan
14357 Flomar Dr.
Whittier, CA 90603

SS# 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

$2,000 payment due for *Danny Simpson's Last Home Run*
(*Kid Willie's Ghost*)

Paul Buchanan



# ShANNON DONNELLY

818-566-4190

500 Hampton Road, Burbank CA 91504-2405

fax 818-567-0448

Rochelle Larkin
Waldman Publishing
310 Madison Ave.
Suite 1406
NY, NY 10077

19 November, 1995

**INVOICE:  3004**

"Dead Wood" story                                                        $2,000.00

**TOTAL AMOUNT DUE**                                                $2,000.00

Payable Net 30.

SS: # 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



# SHANNON DONNELLY

818-566-4190

500 Hampton Road, Burbank CA 91504-2405

fax 818-567-0448

Rochelle Larkin
Waldman Publishing
310 Madison Ave.
Suite 1406
NY, NY 10077

23 October, 1995

INVOICE:  3003

"Blackout" story                                                $2,000.00

TOTAL AMOUNT DUE                                      $2,000.00

Payable Net 30.

SS: # 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

Invoice # 9601



3 ~1700

July 31, 1996

To:  Waldman Publishing Corp.
     310 Madison Avenue  Suite 1406
     New York, NY  10017

For freelance literary services:

   1 story, entitled:  <u>Cave of No Return</u> @ $2,000.

           Total amount now due.............. $2,000.

CS960 7

SC

KE

# 9713
8/1/96

300-05
Q+E

 *1 Clearland Ave*

January 20, 1995

Waldman Publishing Corp.
310 Madison Avenue    Suite 1406
New York, NY  10017

To:  Ms. Rochelle Larkin

For:   The short story entitled Picturebook:

               Hard copy:  45pp

               Disk:  WordPerfect (Windows) 6.0

                    (File:  b:Picturebook; Font:  Dutch 801 (Speedo) )

               Total amount due............... $2,000.00

Jane E. Ehlers
Soc. Sec. # 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



To: Waldman Publishing Corp.
310 Madison Avenue   Suite 1406
New York, NY  10017

For: Authorship of "Jenny" -- Fright Time Series

Total amount now due . . . . . . . . . . $ 2,000.00

Invoice #:  113



To:  Waldman Publishing Corp.
     310 Madison Avenue   Suite 1406
     New York, NY  10017


## For freelance editorial services:

Proofreading, <u>Fright Time</u>, book #7


Total hours @ $15.00 . . . . . . . . . . . . . . .   7:15


Total amount now due . . . . . . . . . . $ 108.75

Invoice #:  JE 114



December 1, 1995

To:  Waldman Publishing Corp.
310 Madison Avenue     Suite 1406
New York, NY  10017

## For freelance editorial services:

Proofreading, _Fright Time,_ book #9

Total hours @ $15.00 . . . . . . . . . . . . . . .     6:45

Total amount now due . . . . . . . . . . $  101.25

Jack Kelly
RD 1 - Box 95
Red Hook, NY  12571

914-756-2913

# INVOICE

January 11, 1995

Waldman Publishing
310 Madison Ave. - Suite 1406
New York, NY  10017

attn: Ms. Rochelle Larkin

For a story of 12,600 words entitled "Before Dawn," done as work
for hire.

Amount due:                    $2,000.00

February 16, 1995

Waldman Publishing Corporation
310 Madison Avenue
New York, New York

INVOICE

For writing THE MADMAN OF MAIN STREET   .........$2,000.00

Please mail payment to:
Elaine Kule
420 East 64th Street
New York, New York 10021
Apt. West 12B

Social Security #: 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

Jack Kelly
RD 1 - Box 95
Red Hook, NY  12571

914-756-2910

# INVOICE

October 23, 1995

Waldman Publishing
310 Madison Ave. - Suite 1406
New York, NY  10017

attn: Ms. Rochelle Larkin

For a story of approximately 12,200 words entitled FEAR FARM
written as work for hire.

Amount due:                $2,000.00

Jack Kelly
RD 1 - Box 95
Red Hook, NY  12571

914-756-2913

# INVOICE

September 15, 1995

Waldman Publishing
310 Madison Ave. - Suite 1406
New York, NY  10017

attn: Ms. Rochelle Larkin

For a story of approximately 12,300 words entitled TUNNEL OF
TERROR written as work for hire.

Amount due:                    $2,000.00

Jack Kelly
RD 1 Box 95
Red Hook, NY  12571

914-756-2913

# INVOICE

July 18, 1996

Waldman Publishing
310 Madison Ave. - Suite 1406
New York, NY  10017

For a story of approximately 12,400 words entitled WEIRD WELCOME
written as work for hire.

Amount due:                    $2,000.00



Jack Kelly
RD 1 - Box 95
Red Hook, NY   12571

914-756-2913

# INVOICE

May 22, 1996

Waldman Publishing
310 Madison Ave. - Suite 1406
New York, NY   10017

For a story of approximately 12,300 words entitled TANGLED WEB
written as work for hire.

Amount due:          $2,000.00

# ____ #6

KEY ____

OK ____

# 9558
7/15/96

300-05

Jack Kelly
RD 1 Box 95
Red Hook, NY  12571

914-756-2913

# INVOICE

July 18, 1996

Waldman Publishing
310 Madison Ave. - Suite 1406
New York, NY  10017

For a story of approximately 12,400 words entitled WEIRD WELCOME
written as work for hire.

Amount due:                    $2,000.00



233

2 - 1446

Jack Kelly
RD 1 - Box 95
Red Hook, NY  12571

914-756-2913

# INVOICE

May 22, 1996

Waldman Publishing
310 Madison Ave. - Suite 1406
New York, NY  10017

For a story of approximately 12,300 words entitled TANGLED WEB
written as work for hire.

Amount due:            $2,000.00

# CS960 #6

KEY SC

OK W

# 9558
7/15/96

300-05
2+5

233

9 - 8602

Jack Kelly
RD 1 - Box 95
Red Hook, NY   12571

914-756-2913

SS# 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

# INVOICE

January 11, 1995

Waldman Publishing
310 Madison Ave. - Suite 1406
New York, NY   10017

attn: Ms. Rochelle Larkin

For a story of 12,600 words entitled "Before Dawn," done as work
for hire.

             Amount due:              $2,000.00

# 5960

KEY  SC-12

OK

#7393
2/14/95

302 05

Jack Kelly
RD 1 - Box 95
Red Hook, NY  12571

914-756-2913

# INVOICE

September 15, 1995

Waldman Publishing
310 Madison Ave. - Suite 1406
New York, NY  10017

attn: Ms. Rochelle Larkin

For a story of approximately 12,300 words entitled TUNNEL OF
TERROR written as work for hire.

Amount due:                    $2,000.00

7-264

Jack Kelly
RD 1 - Box 95
Red Hook, NY  12571

914-756-2913

# INVOICE

October 23, 1995

Waldman Publishing
310 Madison Ave. - Suite 1406
New York, NY  10017

attn: Ms. Rochelle Larkin

For a story of approximately 12,200 words entitled FEAR FARM
written as work for hire.

Amount due:          $2,000.00

INVOICE: January 9, 1995

For Services Rendered:
Children's Mystery Horror Series Story
CEMETERY SCHOOL

Payment Due On Agreement: (Payable Upon Receipt)
Seven Hundred Dollars (700.00)

Payment Due Upon Acceptance:
Thirteen Hundred Dollars (1300.00)

Teresa Kennedy
40 West 86th 4C
New York NY 10024

per M.W.

5960 series

Sc

FROM Teresa Kennedy
SS 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

INVOICE: January 8, 1995

For Services Rendered:
Children's Mystery Horror Series Story
CEMETERY SCHOOL

Payment Due On Agreement (Payable Upon Receipt)
Seven Hundred Dollars (700.00)

Payment Due Upon Acceptance:
Thirteen Hundred Dollars (1300.00)

Teresa Kennedy
40 West 86th 4C
New York NY 10024

per H.W.

5960 series

Sc

**ELAINE A. KULE**

*New address*

301 East 63rd Street
New York, NY 10021
(212) 421-3404

October 20, 1995

Rochelle Larkin
Waldman Publishing Corp.
310 Madison Avenue
Suite 1406
New York, NY  10017

<u>INVOICE</u>

For writing TERROR AT A THEME PARK (working title) ........... $2,000.00

Social Security #: 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

# 8587
11/14/95

February 16, 1995

Waldman Publishing Corporation
310 Madison Avenue
New York, New York

INVOICE

For writing THE MADMAN OF MAIN STREET  .........$2,000.00

Please mail payment to:
Elaine Kule
420 East 64th Street
New York, New York 10021
Apt. West 12B

Social Security #: 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