9225 Northwest 45 Street
Sunrise, Florida 33321
(305) 742-9703

Marcia

Vogel

January 7  1995

INVOICE TO:

WALDMAN PUBLISHING CORP.
310 Madison Avenue
New York, NY 10017

Manuscript and diskette for 148-page adaptation of THE INVISIBLE
MAN (includes author biography and contents).......$2,700

*Marcia Vogel*

August 5, 1997

To:    Rochelle Larkin
       Waldman Publishers

From:  Fern Siegel
       622 Washington St - #3A
       New York, NY 10014

       S.S.# 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

Re:    Pride & Prejudice Adaptation.............................$2,200

My thanks,

G 22Y -52

Sc

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re: THE PHANTOM OF THE OPERA

I, the undersigned, understand and agree that Waldman Publishing Corp. ( Waldman ) has commissioned me to produce for Waldman on a work-for-hire basis certain graphic and/or textual materials and/or other works that Waldman may use in connection with the project described in the attached Exhibit A, as well as in connection with possible future projects. I acknowledge that Waldman is relying on me not to provide Waldman with works that violate any intellectual property rights of any person or entity. I agree not to disclose any information relating to the works I create for Waldman to any competitor of Waldman, and I also agree that I will keep all the terms of this agreement and the details and specifications of Waldman s projects and contemplated projects completely confidential.

I understand and agree that all copyrights and rights of copyright in and to any and all paid-for materials and/or drafts I create for Waldman, including all finished products, shall be owned exclusively by Waldman. This includes ownership of all physical copies of the finished product and all drafts and/or sketches leading up to the finished product.

I also hereby assign and agree to assign to Waldman all copyrights and rights of copyright in and to any and all paid-for materials and/or drafts I have created in the past or will create in the future for Waldman, and I agree to cooperate with Waldman in the recordation of any such assignment, including by furnishing any information and/or executing any documentation reasonably requested by Waldman for that purpose.

I understand and agree that the effect of this Work-for-Hire Agreement and Copyright Assignment is that I am releasing all claims of any kind to the paid-for finished product or products and that such works shall be exclusively owned by Waldman in all respects. In the event I wish to utilize any paid-for work created for Waldman for any personal use (whether commercial or otherwise) I will first inform and obtain written approval from Waldman. I understand that Waldman will agree to such use by me if such use is outside the field of printed publications...

If at any time Waldman or I take any action that is inconsistent with any of these terms, such action shall not be a waiver of that term by Waldman or me, and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment supercedes any previous and/or current arrangements, agreements and/or practices that may be or may have been in place between myself and Waldman, and that any materials, drafts and/or works that I have produced for Waldman to date are subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By: _R. Schoolcraft_                    Date: _3/11/04_

Printed
Name: _R. SCHOOLCRAFT_

Exhibit A
Description of project:
ILLUSTRATIONS IN BLACK AND WHITE LINE ART for I224-62 THE PHANTOM OF THE OPERA

FROM :ED TADIELLO STUDIO          FAX NO. :201 963 1983          Oct. 28 2003 09:17AM  P1

Subj:     Re: Work-for-hire agreement
Date:     Monday, October 27, 2003 10:25:29 AM
From:     maureeng@waldmanpub.com
To:       ETadiello@aol.com

Ed,

Please fax this, signed, to (212) 780-9524.

Thanks,

Maureen

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re:   JANE EYRE

I, the undersigned, understand and agree that Waldman Publishing Corp.
("Waldman") has commissioned me to produce for Waldman on a work-for-
hire
basis certain graphic and/or textual materials and/or other works that
Waldman may use in connection with the project described in the attached
Exhibit A, as well as in connection with possible future projects. I
acknowledge that Waldman is relying on me not to provide Waldman with
works
that violate any intellectual property rights of any person or entity. I
agree not to disclose any information relating to the works I create for
Waldman to any competitor of Waldman, and I also agree that I will keep all
the terms of this agreement and the details and specifications of
Waldman1s

10/27/03       America Online : ETadiello       Page 1

projects and contemplated projects completely confidential.

I understand and agree that all copyrights and rights of copyright in and to any and all materials and/or drafts I create for Waldman, including all finished products, shall be owned exclusively by Waldman. This includes ownership of all physical copies of the finished product and all drafts and/or sketches leading up to the finished product.

I also hereby assign and agree to assign to Waldman all copyrights and rights of copyright in and to any and all materials and/or drafts I have created in the past or will create in the future for Waldman, and I agree to cooperate with Waldman in the recordation of any such assignment, including by furnishing any information and/or executing any documentation reasonably
requested by Waldman for that purpose.

I understand and agree that the effect of this Work-for-Hire Agreement and Copyright Assignment is that I am releasing all claims of any kind to the finished product or products and that such works shall be exclusively owned by Waldman in all respects. In the event I wish to utilize any work created for Waldman for any personal use (whether commercial or otherwise) I will first inform and obtain written approval from Waldman. I understand that Waldman will agree to such use by me if such use is outside the field o f printed publications...

If at any time Waldman or I take any action that is inconsistent with any of these terms, such action shall not be a waiver of that term by Waldman or me, and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment supercedes any previous and/or current arrangements, agreements
and/or practices that may be or may have been in place between myself and Waldman, and that any materials, drafts and/or works that I have produced for Waldman to date are subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By: _(signature)_          Date:   October 27, 2003

Printed
Name:   _EDWARD P TADIELLO_

Exhibit A

JANE EYRE

———————— Headers ————————
Return-Path: <maureeng@waldmanpub.com>
Received: from rly-xb02.mx.aol.com (rly-xb02.mail.aol.com [172.20.105.103]) by air-
xb03.mail.aol.com (v96.10) with ESMTP id MAILINXB34-933f9d2abf295; Mon, 27 Oct 2003 09:25:29
-0400
Received: from wh2.crusoe.net (wh2.crusoe.net [63.170.88.11]) by rly-xb02.mx.aol.com (v97.7) with
ESMTP id MAILRELAYINXB27-933f9d2abf295; Mon, 27 Oct 2003 09:25:04 -0400
Received: from [192.168.3.12] (h-68-167-44-98.NYCMNY83.covad.net [68.167.44.98])
  (authenticated (0 bits))
  by wh2.crusoe.net (8.11.6/8.11.6) with ESMTP id h9REP3c27370
  for <ETadiello@aol.com>; Mon, 27 Oct 2003 09:25:03 -0500
User-Agent: Microsoft-Outlook-Express-Macintosh-Edition/5.02.2022
Date: Mon, 27 Oct 2003 07:19:37 -0500
Subject: Re: Work-for-hire agreement
From: Maureen Guido <maureeng@waldmanpub.com>
To: <ETadiello@aol.com>
Message-ID: <BBC27766.968%maureeng@waldmanpub.com>
In-Reply-To: <1eb.11f8e582.2oce7a99@aol.com>
Mime-version: 1.0
Content-type: multipart/alternative;
  boundary="MS_Mac_OE_3150083977_100893_MIME_Part"
X-AOL-IP: 63.170.88.11
X-AOL-SCOLL-SCORE: 0:XXX:XX
X-AOL-SCOLL-URL_COUNT: 0

JAN-20-2004 TUE 09:23 AM WALDMAN PUBLISHING CORP.

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re:    THE PHANTOM OF THE OPERA---ART BY JOSEPH MIRALLES

I, the undersigned, understand and agree that Waldman Publishing Corp. ("Waldman") has commissioned me to produce for Waldman on a work-for-hire basis certain graphic and/or textual materials and/or other works that Waldman may use in connection with the project described in the attached Exhibit A, as well as in connection with possible future projects.  I acknowledge that Waldman is relying on me not to provide Waldman with works that violate any intellectual property rights of any person or entity.  I agree not to disclose any information relating to the works I create for Waldman to any competitor of Waldman, and I also agree that I will keep all the terms of this agreement and the details and specifications of Waldman's projects and contemplated projects completely confidential.

I understand and agree that all copyrights and rights of copyright in and to any and all materials and/or drafts I create for Waldman, including all finished products, shall be owned exclusively by Waldman.  This includes ownership of all physical copies of the finished product and all drafts and/or sketches leading up to the finished product.

I also hereby assign and agree to assign to Waldman all copyrights and rights of copyright in and to any and all materials and/or drafts I have created in the past or will create in the future for Waldman, and I agree to cooperate with Waldman in the recordation of any such assignment, including by furnishing any information and/or executing any documentation reasonably requested by Waldman for that purpose.

I understand and agree that the effect of this Work-for-Hire Agreement and Copyright Assignment is that I am releasing all claims of any kind to the finished product or products and that such works shall be exclusively owned by Waldman in all respects.  In the event I wish to utilize any work created for Waldman for any personal use (whether commercial or otherwise) I will first inform and obtain written approval from Waldman.  I understand that Waldman will agree to such use by me if such use is outside the field of printed publications.

If at any time Waldman or I take any action that is inconsistent with any of these terms, such action shall not be a waiver of that term by Waldman or me, and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment supercedes any previous and/or current arrangements, agreements and/or practices that may be or may have been in place between myself and Waldman, and that any materials, drafts and/or works that I have produced for Waldman to date are subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By:    _J Miralles_                                Date:  _01/23/04_

Printed
Name:  _JOSEPH MIRALLES_

Case 1:07-cv-03057-LBS    Document 12-6    Filed 04/20/2007    Page 12 of 47

Exhibit A

Description of project

THE PHANTOM OF THE OPERA--ART BY JOSEPH MIRALLES

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re:   JANE EYRE-ART BY JOSEPH MIRALLES

I, the undersigned, understand and agree that Waldman Publishing Corp. ("Waldman") has commissioned me to produce for Waldman on a work-for-hire basis certain graphic and/or textual materials and/or other works that Waldman may use in connection with the project described in the attached Exhibit A, as well as in connection with possible future projects.  I acknowledge that Waldman is relying on me not to provide Waldman with works that violate any intellectual property rights of any person or entity.  I agree not to disclose any information relating to the works I create for Waldman to any competitor of Waldman, and I also agree that I will keep all the terms of this agreement and the details and specifications of Waldman's projects and contemplated projects completely confidential.

I understand and agree that all copyrights and rights of copyright in and to any and all materials and/or drafts I create for Waldman, including all finished products, shall be owned exclusively by Waldman.  This includes ownership of all physical copies of the finished product and all drafts and/or sketches leading up to the finished product.

I also hereby assign and agree to assign to Waldman all copyrights and rights of copyright in and to any and all materials and/or drafts I have created in the past or will create in the future for Waldman, and I agree to cooperate with Waldman in the recordation of any such assignment, including by furnishing any information and/or executing any documentation reasonably requested by Waldman for that purpose.

I understand and agree that the effect of this Work-for-Hire Agreement and Copyright Assignment is that I am releasing all claims of any kind to the finished product or products and that such works shall be exclusively owned by Waldman in all respects.  In the event I wish to utilize any work created for Waldman for any personal use (whether commercial or otherwise) I will first inform and obtain written approval from Waldman.  I understand that Waldman will agree to such use by me if such use is outside the field of printed publications...

If at any time Waldman or I take any action that is inconsistent with any of these terms, such action shall not be a waiver of that term by Waldman or me, and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment supercedes any previous and/or current arrangements, agreements and/or practices that may be or may have been in place between myself and Waldman, and that any materials, drafts and/or works that I have produced for Waldman to date are subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By:   _____          Date:   01/23/04

Printed
Name:   JOSEPH MIRALLES

Exhibit A

Description of project

JANE EYRE-ART BY JOSEPH MIRALLES

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re:    THE HOUSE OF THE SEVEN GABLES--ART BY JOSEPH MIRALLES

I, the undersigned, understand and agree that Waldman Publishing Corp.
("Waldman") has commissioned me to produce for Waldman on a work-for-hire basis
certain graphic and/or textual materials and/or other works that Waldman may use
in connection with the project described in the attached Exhibit A, as well as
in connection with possible future projects. I acknowledge that Waldman is
relying on me not to provide Waldman with works that violate any intellectual
property rights of any person or entity. I agree not to disclose any
information relating to the works I create for Waldman to any competitor of
Waldman, and I also agree that I will keep all the terms of this agreement and
the details and specifications of Waldman's projects and contemplated projects
completely confidential.

I understand and agree that all copyrights and rights of copyright in and to any
and all materials and/or drafts I create for Waldman, including all finished
products, shall be owned exclusively by Waldman. This includes ownership of all
physical copies of the finished product and all drafts and/or sketches leading
up to the finished product.

I also hereby assign and agree to assign to Waldman all copyrights and rights of
copyright in and to any and all materials and/or drafts I have created in the
past or will create in the future for Waldman, and I agree to cooperate with
Waldman in the recordation of any such assignment, including by furnishing any
information and/or executing any documentation reasonably requested by Waldman
for that purpose.

I understand and agree that the effect of this Work-for-Hire Agreement and
Copyright Assignment is that I am releasing all claims of any kind to the
finished product or products and that such works shall be exclusively owned by
Waldman in all respects. In the event I wish to utilize any work created for
Waldman for any personal use (whether commercial or otherwise) I will first
inform and obtain written approval from Waldman. I understand that Waldman will
agree to such use by me if such use is outside the field of printed
publications...

If at any time Waldman or I take any action that is inconsistent with any of
these terms, such action shall not be a waiver of that term by Waldman or me,
and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment
supersedes any previous and/or current arrangements, agreements and/or practices
that may be or may have been in place between myself and Waldman, and that any
materials, drafts and/or works that I have produced for Waldman to date are
subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By: _____         Date: __01/23/04__

Printed
Name: ____JOSEPH MIRALLES____

Case 1:07-cv-03057-LBS     Document 12-6     Filed 04/20/2007     Page 16 of 47

Exhibit A

Description of project

THE HOUSE OF THE SEVEN GABLES- ART BY JOSEPH MIRALLES

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re:   THE MAN IN THE IRON MASK-ART BY JOSEPH MIRALLES

I, the undersigned, understand and agree that Waldman Publishing Corp. ("Waldman") has commissioned me to produce for Waldman on a work-for-hire basis certain graphic and/or textual materials and/or other works that Waldman may use in connection with the project described in the attached Exhibit A, as well as in connection with possible future projects. I acknowledge that Waldman is relying on me not to provide Waldman with works that violate any intellectual property rights of any person or entity. I agree not to disclose any information relating to the works I create for Waldman to any competitor of Waldman, and I also agree that I will keep all the terms of this agreement and the details and specifications of Waldman's projects and contemplated projects completely confidential.

I understand and agree that all copyrights and rights of copyright in and to any and all materials and/or drafts I create for Waldman, including all finished products, shall be owned exclusively by Waldman. This includes ownership of all physical copies of the finished product and all drafts and/or sketches leading up to the finished product.

I also hereby assign and agree to assign to Waldman all copyrights and rights of copyright in and to any and all materials and/or drafts I have created in the past or will create in the future for Waldman, and I agree to cooperate with Waldman in the recordation of any such assignment, including by furnishing any information and/or executing any documentation reasonably requested by Waldman for that purpose.

I understand and agree that the effect of this Work-for-Hire Agreement and Copyright Assignment is that I am releasing all claims of any kind to the finished product or products and that such works shall be exclusively owned by Waldman in all respects. In the event I wish to utilize any work created for Waldman for any personal use (whether commercial or otherwise) I will first inform and obtain written approval from Waldman. I understand that Waldman will agree to such use by me if such use is outside the field of printed publications...

If at any time Waldman or I take any action that is inconsistent with any of these terms, such action shall not be a waiver of that term by Waldman or me, and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment supercedes any previous and/or current arrangements, agreements and/or practices that may be or may have been in place between myself and Waldman, and that any materials, drafts and/or works that I have produced for Waldman to date are subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By: ___S Miralles___              Date: ___01/23/04___

Printed
Name: ___JOSEPH MIRALLES___

Case 1:07-cv-03057-LBS     Document 12-6     Filed 04/20/2007     Page 18 of 47

Exhibit A

Description of project

THE MAN IN THE IRON MASK—ART BY JOSEPH MIRALLES

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re:    SHERLOCK HOLMES AND THE CASE OF THE HOUND OF THE BASKERVILLES-ART BY
JOSEPH MIRALLES

I, the undersigned, understand and agree that Waldman Publishing Corp.
("Waldman") has commissioned me to produce for Waldman on a work-for-hire basis
certain graphic and/or textual materials and/or other works that Waldman may use
in connection with the project described in the attached Exhibit A, as well as
in connection with possible future projects.  I acknowledge that Waldman is
relying on me not to provide Waldman with works that violate any intellectual
property rights of any person or entity.  I agree not to disclose any
information relating to the works I create for Waldman to any competitor of
Waldman, and I also agree that I will keep all the terms of this agreement and
the details and specifications of Waldman's projects and contemplated projects
completely confidential.

I understand and agree that all copyrights and rights of copyright in and to any
and all materials and/or drafts I create for Waldman, including all finished
products, shall be owned exclusively by Waldman.  This includes ownership of all
physical copies of the finished product and all drafts and/or sketches leading
up to the finished product.

I also hereby assign and agree to assign to Waldman all copyrights and rights of
copyright in and to any and all materials and/or drafts I have created in the
past or will create in the future for Waldman, and I agree to cooperate with
Waldman in the recordation of any such assignment, including by furnishing any
information and/or executing any documentation reasonably requested by Waldman
for that purpose.

I understand and agree that the effect of this Work-for-Hire Agreement and
Copyright Assignment is that I am releasing all claims of any kind to the
finished product or products and that such works shall be exclusively owned by
Waldman in all respects.  In the event I wish to utilize any work created for
Waldman for any personal use (whether commercial or otherwise) I will first
inform and obtain written approval from Waldman.  I understand that Waldman will
agree to such use by me if such use is outside the field of printed
publications...

If at any time Waldman or I take any action that is inconsistent with any of
these terms, such action shall not be a waiver of that term by Waldman or me,
and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment
supercedes any previous and/or current arrangements, agreements and/or practices
that may be or may have been in place between myself and Waldman, and that any
materials, drafts and/or works that I have produced for Waldman to date are
subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By: _J Miralles_                           Date: _01/23/04_

Printed
Name:  _JOSEPH MIRALLES_

Exhibit A

Description of project.

SHERLOCK HOLMES AND THE CASE OF THE HOUND OF THE BASKERVILLES-ART BY JOSEPH MIRALLES

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re:    A LITTLE PRINCESS--ART BY JOSEPH MIRALLES

I, the undersigned, understand and agree that Waldman Publishing Corp.
("Waldman") has commissioned me to produce for Waldman on a work-for-hire basis
certain graphic and/or textual materials and/or other works that Waldman may use
in connection with the project described in the attached Exhibit A, as well as
in connection with possible future projects. I acknowledge that Waldman is
relying on me not to provide Waldman with works that violate any intellectual
property rights of any person or entity. I agree not to disclose any
information relating to the works I create for Waldman to any competitor of
Waldman, and I also agree that I will keep all the terms of this agreement and
the details and specifications of Waldman's projects and contemplated projects
completely confidential.

I understand and agree that all copyrights and rights of copyright in and to any
and all materials and/or drafts I create for Waldman, including all finished
products, shall be owned exclusively by Waldman. This includes ownership of all
physical copies of the finished product and all drafts and/or sketches leading
up to the finished product.

I also hereby assign and agree to assign to Waldman all copyrights and rights of
copyright in and to any and all materials and/or drafts I have created in the
past or will create in the future for Waldman, and I agree to cooperate with
Waldman in the recordation of any such assignment, including by furnishing any
information and/or executing any documentation reasonably requested by Waldman
for that purpose.

I understand and agree that the effect of this Work-for-Hire Agreement and
Copyright Assignment is that I am releasing all claims of any kind to the
finished product or products and that such works shall be exclusively owned by
Waldman in all respects. In the event I wish to utilize any work created for
Waldman for any personal use (whether commercial or otherwise) I will first
inform and obtain written approval from Waldman. I understand that Waldman will
agree to such use by me if such use is outside the field of printed
publications...

If at any time Waldman or I take any action that is inconsistent with any of
these terms, such action shall not be a waiver of that term by Waldman or me,
and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment
supercedes any previous and/or current arrangements, agreements and/or practices
that may be or may have been in place between myself and Waldman, and that any
materials, drafts and/or works that I have produced for Waldman to date are
subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By: _____        Date: ___01/23/04___

Printed
Name: ___JOSEPH MIRALLES___

Exhibit A

Description of project

A LITTLE PRINCESS--ART BY JOSEPH MIRALLES

Jack Kelly
RD 1 - Box 95
Red Hook, NY  12571

914-756-2913

# INVOICE

February 6, 1995

Waldman Publishing
310 Madison Ave. - Suite 1406
New York, NY  10017

attn: Ms. Rochelle Larkin

For an adaptation of three stories by Washington Irving, done as
work for hire.

Amount due:                    $2,000.00



Jack Kelly
RD 1 - Box 95
Red Hook, NY  12571

914-756-2913

# INVOICE

July 23, 1997

Waldman Publishing
310 Madison Ave. - Suite 1406
New York, NY  10017

attn: Ms. Rochelle Larkin

For adaptations written as work for hire

    DRACULA                          $2,200.00
    KING SOLOMON'S MINES       2,200.00

        Amount due:        $4,400.00



# Invoice

**7126 Via Sendero**
**Scottsdale AZ 85258**

Date: *October 17, 1997*

**602/ 922-9000**

Bill to: *Waldman Publishing Co. Inc.*
*310 Madison Avenue*
*#1406*
*New York NY 10017-6006*

*78 Illustrations for*
*Alice In Wonderland*
*@ $40.00*

*$3,229.50*

*#115*

OR *$40.00*

*#11599*
*11/14/97*

TOTAL *$3,120.00*

Payable Upon Receipt
Thank You



233

                        Jack Kelly
                      RD 1 - Box 95
                    Red Hook, NY  12571

                      914-756-2913


# INVOICE


May 11, 1995

Waldman Publishing
310 Madison Ave. - Suite 1406
New York, NY  10017

attn: Ms. Rochelle Larkin


For a biography of Benjamin Franklin, approximately 25,400 words,
done as work for hire.

            Amount due:                    $2,000.00



                    223-2

                     S C



                                            30205
                                            A+E



# SHANNON DONNELLY

818-566-4190

fax 818-567-0448

500 Hampton Road, Burbank CA 91504-2405

Rochelle Larkin
Waldman Publishing
310 Madison Ave.
Suite 1406
NY, NY 10077

23 August, 1995

INVOICE:  3002

Eleanor Roosevelt                                      $2,000.00

TOTAL AMOUNT DUE                                   $2,000.00

Payable Net 30.

SS: # 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

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re: 221-1 Baby Animal Adventures/Baby Panda Learn A,B,C With Me

221-2 Baby Animal Adventures/Baby Toucan Learn 1,2,3 With Me

221-3 Baby Animal Adventures/Baby Giraffe Learn Colors With Me

221-4 Baby Animal Adventures/Baby Penguin Learn Shapes With Me

WG, The Cannis Group Inc. understand and agree that Waldman Publishing Corp. ("Waldman") has commissioned me to produce for Waldman on a work-for-hire basis certain graphic and/or textual materials and/or other works that Waldman may use in connection with the project described in the attached Exhibit A, as well as in connection with possible future projects.  I acknowledge that Waldman is relying on me not to provide Waldman with works that violate any intellectual property rights of any person or entity.  I agree not to disclose any information relating to the works I create for Waldman to any competitor of Waldman, and I also agree that I will keep all the terms of this agreement and the details and specifications of Waldman's projects and contemplated projects completely confidential.

We understand and agree that all copyrights and rights of copyright in and to any and all materials and/or drafts I create for Waldman, including all finished products, shall be owned exclusively by Waldman.  This includes ownership of all physical copies of the finished product and all drafts and/or sketches leading up to the finished product.

We also hereby assign and agree to assign to Waldman all copyrights and rights of copyright in and to any and all materials and/or drafts I have created in the past or will create in the future for Waldman, and I agree to cooperate with Waldman in the recordation of any such assignment, including by furnishing any information and/or executing any documentation reasonably requested by Waldman for that purpose.

We I understand and agree that the effect of this Work-for-Hire Agreement and Copyright Assignment is that I am releasing all claims of any kind to the finished product or products and that such works shall be exclusively owned by Waldman in all respects.  In the event I wish to utilize any work created for Waldman for any personal use (whether commercial or otherwise) I will first inform and obtain written approval from Waldman.  I understand that Waldman will agree to such use by me if such use is outside the field of printed publications...

If at any time Waldman or I take any action that is inconsistent with any of these terms, such action shall not be a waiver of that term by Waldman or me, and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment supercedes any previous and/or current arrangements, agreements and/or practices that may be or may have been in place between myself and Waldman, and that any materials, drafts and/or works that I have produced for Waldman to date are subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By: _____    Date: 3/31/06

Printed
Name: _____

Exhibit A

Freelance writing, editing and art directing for
221-1 Baby Animal Adventures/Baby Panda Learn A,B,C With Me
221-2 Baby Animal Adventures/Baby Toucan Learn 1,2,3 With Me
221-3 Baby Animal Adventures/Baby Giraffe Learn Colors With Me
221-4 Baby Animal Adventures/Baby Penguin Learn Shapes With Me

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re: The Original Fun Pad Jumbos
H6804-32 Mountain Climbers

I, _PAUL E. NUNN_ , understand and agree that Waldman
Publishing Corp. ("Waldman") has commissioned me to produce for
Waldman on a work-for-hire basis certain graphic and/or textual
materials and/or other works that Waldman may use in connection with
the project described in the attached Exhibit A, as well as in
connection with possible future projects.  I acknowledge that
Waldman is relying on me not to provide Waldman with works that
violate any intellectual property rights of any person or entity.  I
agree not to disclose any information relating to the works I create
for Waldman to any competitor of Waldman, and I also agree that I
will keep all the terms of this agreement and the details and
specifications of Waldman's projects and contemplated projects
completely confidential.

I understand and agree that all copyrights and rights of copyright in
and to any and all materials and/or drafts I create for Waldman,
including all finished products, shall be owned exclusively by
Waldman.  This includes ownership of all physical copies of the
finished product and all drafts and/or sketches leading up to the
finished product.

I also hereby assign and agree to assign to Waldman all copyrights
and rights of copyright in and to any and all materials and/or drafts
I have created in the past or will create in the future for Waldman,
and I agree to cooperate with Waldman in the recordation of any such
assignment, including by furnishing any information and/or executing
any documentation reasonably requested by Waldman for that purpose.

I understand and agree that the effect of this Work-for-Hire
Agreement and Copyright Assignment is that I am releasing all claims
of any kind to the finished product or products and that such works
shall be exclusively owned by Waldman in all respects.  In the event
I wish to utilize any work created for Waldman for any personal use
(whether commercial or otherwise) I will first inform and obtain
written approval from Waldman.  I understand that Waldman will agree
to such use by me if such use is outside the field of printed
publications...

If at any time Waldman or I take any action that is inconsistent with
any of these terms, such action shall not be a waiver of that term by

Waldman or me, and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment supercedes any previous and/or current arrangements, agreements and/or practices that may be or may have been in place between myself and Waldman, and that any materials, drafts and/or works that I have produced for Waldman to date are subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By: _____    Date: 4/12/2006

Printed
Name: _____PAUL E. NUNN_____

Exhibit A

Preparation of drawings for H6804-32 "Mountain Climbers"/The Original
Fun Pad Jumbos

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT


Re: The Original Fun Pad Jumbos
H6804-29 KIDS SINGING (Like on American Idol) art


I, *Brian Frascino*, understand and agree
that Waldman Publishing Corp. ("Waldman") has
commissioned me to produce for Waldman on a work-
for-hire basis certain graphic and/or textual
materials and/or other works that Waldman may use
in connection with the project described in the
attached Exhibit A, as well as in connection with
possible future projects.  I acknowledge that
Waldman is relying on me not to provide Waldman
with works that violate any intellectual property
rights of any person or entity.  I agree not to
disclose any information relating to the works I
create for Waldman to any competitor of Waldman,
and I also agree that I will keep all the terms
of this agreement and the details and
specifications of Waldman's projects and
contemplated projects completely confidential.


I understand and agree that all copyrights and
rights of copyright in and to any and all materials
and/or drafts I create for Waldman, including all
finished products, shall be owned exclusively by
Waldman.  This includes ownership of all physical
copies of the finished product and all drafts and/
or sketches leading up to the finished product.


I also hereby assign and agree to assign to Waldman
all copyrights and rights of copyright in and to
any and all materials and/or drafts I have created
in the past or will create in the future for
Waldman, and I agree to cooperate with Waldman in
the recordation of any such assignment, including
by furnishing any information and/or executing any
documentation reasonably requested by Waldman for
that purpose.


I understand and agree that the effect of this
Work-for-Hire Agreement and Copyright Assignment is
that I am releasing all claims of any kind to the

finished product or products and that such works shall be exclusively owned by Waldman in all respects.  In the event I wish to utilize any work created for Waldman for any personal use (whether commercial or otherwise) I will first inform and obtain written approval from Waldman.  I understand that Waldman will agree to such use by me if such use is outside the field of printed publications...

If at any time Waldman or I take any action that is inconsistent with any of these terms, such action shall not be a waiver of that term by Waldman or me, and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment supercedes any previous and/or current arrangements, agreements and/or practices that may be or may have been in place between myself and Waldman, and that any materials, drafts and/or works that I have produced for Waldman to date are subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By: _____    Date: 
2/16/06

Printed
Name: _Brian Frascino_

Exhibit A


Preparation of drawings for H6804-29 "Kids Singing
(Like On American Idol)/The Original Fun Pad Jumbos

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re: The Original Fun Pad Jumbos
H6804-30 Tropical Fish blowing bubbles or bubble
wand bubbles

I, _Delfin Barral_, understand and agree
that Waldman Publishing Corp. ("Waldman") has
commissioned me to produce for Waldman on a work-
for-hire basis certain graphic and/or textual
materials and/or other works that Waldman may use
in connection with the project described in the
attached Exhibit A, as well as in connection with
possible future projects.  I acknowledge that
Waldman is relying on me not to provide Waldman
with works that violate any intellectual property
rights of any person or entity.  I agree not to
disclose any information relating to the works I
create for Waldman to any competitor of Waldman,
and I also agree that I will keep all the terms
of this agreement and the details and
specifications of Waldman's projects and
contemplated projects completely confidential.

I understand and agree that all copyrights and
rights of copyright in and to any and all materials
and/or drafts I create for Waldman, including all
finished products, shall be owned exclusively by
Waldman.  This includes ownership of all physical
copies of the finished product and all drafts and/
or sketches leading up to the finished product.

I also hereby assign and agree to assign to Waldman
all copyrights and rights of copyright in and to
any and all materials and/or drafts I have created
in the past or will create in the future for
Waldman, and I agree to cooperate with Waldman in
the recordation of any such assignment, including
by furnishing any information and/or executing any
documentation reasonably requested by Waldman for
that purpose.

I understand and agree that the effect of this
Work-for-Hire Agreement and Copyright Assignment is

that I am releasing all claims of any kind to the
finished product or products and that such works
shall be exclusively owned by Waldman in all
respects.   In the event I wish to utilize any work
created for Waldman for any personal use (whether
commercial or otherwise) I will first inform and
obtain written approval from Waldman.   I understand
that Waldman will agree to such use by me if such
use is outside the field of printed publications...

If at any time Waldman or I take any action that is
inconsistent with any of these terms, such action
shall not be a waiver of that term by Waldman or
me, and all the terms of this letter will continue
to bind us both.

I understand and agree that this Work-for-Hire
Agreement / Copyright Assignment supercedes any
previous and/or current arrangements, agreements
and/or practices that may be or may have been in
place between myself and Waldman, and that any
materials, drafts and/or works that I have produced
for Waldman to date are subject to the terms set
forth here.

ACKNOWLEDGED AND AGREED

By: _____  Date:
   01-24-06

Printed _____DELFIN ISARRAL____
Name:

Exhibit A

Preparation of drawings for H6804-30 "Tropical Fish
blowing bubbles or bubble wand bubbles"/The
Original Fun Pad Jumbos

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT


Re: The Original Fun Pad Jumbos
H6804-31 Kids Cooking Show


I, _Emmanuel Jose_, understand and agree that Waldman
Publishing Corp. ("Waldman") has commissioned me to produce for
Waldman on a work-for-hire basis certain graphic and/or textual
materials and/or other works that Waldman may use in connection with
the project described in the attached Exhibit A, as well as in
connection with possible future projects.  I acknowledge that
Waldman is relying on me not to provide Waldman with works that
violate any intellectual property rights of any person or entity.  I
agree not to disclose any information relating to the works I create
for Waldman to any competitor of Waldman, and I also agree that I
will keep all the terms of this agreement and the details and
specifications of Waldman's projects and contemplated projects
completely confidential.

I understand and agree that all copyrights and rights of copyright in
and to any and all materials and/or drafts I create for Waldman,
including all finished products, shall be owned exclusively by
Waldman.  This includes ownership of all physical copies of the
finished product and all drafts and/or sketches leading up to the
finished product.

I also hereby assign and agree to assign to Waldman all copyrights
and rights of copyright in and to any and all materials and/or drafts
I have created in the past or will create in the future for Waldman,
and I agree to cooperate with Waldman in the recordation of any such
assignment, including by furnishing any information and/or executing
any documentation reasonably requested by Waldman for that purpose.

I understand and agree that the effect of this Work-for-Hire
Agreement and Copyright Assignment is that I am releasing all claims
of any kind to the finished product or products and that such works
shall be exclusively owned by Waldman in all respects.  In the event
I wish to utilize any work created for Waldman for any personal use
(whether commercial or otherwise) I will first inform and obtain
written approval from Waldman.  I understand that Waldman will agree
to such use by me if such use is outside the field of printed
publications...

If at any time Waldman or I take any action that is inconsistent with
any of these terms, such action shall not be a waiver of that term by

Waldman or me, and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment supercedes any previous and/or current arrangements, agreements and/or practices that may be or may have been in place between myself and Waldman, and that any materials, drafts and/or works that I have produced for Waldman to date are subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By: _____    Date: _1/25/06_____

Printed
Name: _Emmanuel Jose_____

Exhibit A

Preparation of drawings for H6804-31 "Kids Cooking Show"/The Original
Fun Pad Jumbos