OCT-24-2003 FRI 03:36 PM WALDMAN PUBLISHING CORP.    FAX NO. 212 730 8524        P. 01

*Attn: Rochelle*

## WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re.    CHRISTMAS FUN PAD

I, the undersigned, understand and agree that Waldman Publishing Corp. ("Waldman") has commissioned me to produce for Waldman on a work-for-hire basis certain graphic and/or textual materials and/or other works that Waldman may use in connection with the project described in the attached Exhibit A, as well as in connection with possible future projects. I acknowledge that Waldman is relying on me not to provide Waldman with works that violate any intellectual property rights of any person or entity. I agree not to disclose any information relating to the works I create for Waldman to any competitor of Waldman, and I also agree that I will keep all the terms of this agreement and the details and specifications of Waldman's projects and contemplated projects completely confidential.

I understand and agree that all copyrights and rights of copyright in and to any and all materials and/or drafts I create for Waldman, including all finished products, shall be owned exclusively by Waldman. This includes ownership of all physical copies of the finished product and all drafts and/or sketches leading up to the finished product.

I also hereby assign and agree to assign to Waldman all copyrights and rights of copyright in and to any and all materials and/or drafts I have created in the past or will create in the future for Waldman, and I agree to cooperate with Waldman in the recordation of any such assignment, including by furnishing any information and/or executing any documentation reasonably requested by Waldman for that purpose.

I understand and agree that the effect of this Work-for-Hire Agreement and Copyright Assignment is that I am releasing all claims of any kind to the finished product or products and that such works shall be exclusively owned by Waldman in all respects. In the event I wish to utilize any work created for Waldman for any personal use (whether commercial or otherwise) I will first inform and obtain written approval from Waldman. I understand that Waldman will agree to such use by me if such use is outside the field of printed publications...

If at any time Waldman or I take any action that is inconsistent with any of these terms, such action shall not be a waiver of that term by Waldman or me, and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment supercedes any previous arrangements, agreements, and/or practices that may be or may have been in place between myself and Waldman, and that any materials, drafts and/or works that I have produced for Waldman to date are subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By:  _Becky Radtke_ (signature)                    Date:  _October 24, 2003_

Printed
Name:  _Becky Radtke_

*Hi Rochelle!*
*Here's*
*my signed*
*form.*
*Thanks,*
*Becky*

BG819-3

## WORK-FOR-HIRE AGREEMENT/COPYRIGHT ASSIGNMENT

This Agreement is entered into between *RICHARD KELLY* ("Consultant") on the one hand, and Waldman Publishing Corporation ("Waldman") on the other hand (Consultant and Waldman together, the "Parties").

The Parties understand and agree that Waldman has commissioned Consultant to produce for Waldman on a work-for-hire basis certain designs, artwork, graphics, textual creations, and/or related works (collectively, the "Works"). A brief description of the Works is included in the attached <u>Exhibit A</u>. Consultant understands and agrees that "Works" as used in this Agreement includes all materials, sketches, and drafts that Consultant creates that lead up to the finished product.

Consultant acknowledges that Waldman is relying on Consultant to provide Waldman with works that do not violate any intellectual property rights of any person or entity. In that context, Consultant unequivocally represents and warrants that (1) the Works are Consultant's original creation, (2) Consultant owns the full right, title, and interest in and to the Works, including all trademark, copyright, patent, and other intellectual property rights, and (3) Consultant is fully empowered to grant and/or confirm all rights that are the subject of this Agreement.

For good and valuable consideration, the receipt and sufficiency of which Consultant hereby acknowledges, Consultant hereby acknowledges and agrees that the Works are and/or were created as works-made-for-hire for Waldman under the United States Copyright Act, and that Waldman is to be considered the author of the Works for purposes of copyright. To the extent that the Works may be ineligible for work-for-hire status, Consultant hereby irrevocably sells, transfers, and assigns to Waldman all present and future right, title, and interest in and to the Works, in any and all media now known or hereafter developed, including but not limited to worldwide copyright rights therein (and all renewals and extensions thereof) along with all causes of action, including those for infringement, known or unknown, that have accrued or will accrue, from the conception or creation of each such work.

Consultant agrees not to disclose any information relating to the Works to any third-party, and Consultant also agrees that Consultant will keep confidential all details and specifications concerning this Agreement, the Works, and past, present, and future Waldman projects.

Any materials, drafts, and/or works that have been produced by Consultant for Waldman to date are subject to the terms set forth in this Agreement.

Consultant understands and agrees that the effect of this Agreement is that Consultant is releasing all claims of any kind to the Works, and that the Works shall be exclusively owned by Waldman in all respects. In the event that Consultant wishes to exploit and/or utilize the Works in any respect (whether for commercial purposes or otherwise), Consultant will first obtain written approval from Waldman, which approval Waldman may withhold for any reason at all, reasonable or otherwise.

This Agreement supersedes any previous and/or current arrangements, agreements, and/or practices that may be or may have been in place between Consultant and Waldman. This

Agreement will be governed by the laws of the State of New York, and the Parties waive any objection to the personal jurisdiction or venue of the state or federal courts of the State of New York. The state and federal courts of the State of New York will have exclusive jurisdiction over any dispute brought relating to this Agreement.

[Consultant]

_RICHARD KELLY_

Printed Name:
Date Signed: _3/22/07_

WALDMAN PUBLISHING CORPORATION

_Anne Waldman Gober_

By: Anne Waldman Gober
Title: President
Date Signed: _3/27/07_

Richard Kelly, Waldman Publishing Work-for-Hire Agreement Exhibit A, March 21, 2007

## Exhibit A

Cover artwork as described below:

B6819-3 Original Halloween Fun Pad (monsters in car)

Author/Editor/Artist/Designer initial and date: _Thurston Kelly_ 3/23/07

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re:    Little Princess Fun Pads


I, the undersigned, understand and agree that Waldman Publishing Corp. ("Waldman") has commissioned me to produce for Waldman on a work-for-hire basis certain graphic and/or textual materials and/or other works that Waldman may use in connection with the project described in the attached Exhibit A, as well as in connection with possible future projects. I acknowledge that Waldman is relying on me not to provide Waldman with works that violate any intellectual property rights of any person or entity. I agree not to disclose any information relating to the works I create for Waldman to any competitor of Waldman, and I also agree that I will keep all the terms of this agreement and the details and specifications of Waldman's projects and contemplated projects completely confidential.

I understand and agree that all copyrights and rights of copyright in and to any and all materials and/or drafts I create for Waldman, including all finished products, shall be owned exclusively by Waldman. This includes ownership of all physical copies of the finished product and all drafts and/or sketches leading up to the finished product.

I also hereby assign and agree to assign to Waldman all copyrights and rights of copyright in and to any and all materials and/or drafts I have created in the past or will create in the future for Waldman, and I agree to cooperate with Waldman in the recordation of any such assignment, including by furnishing any information and/or executing any documentation reasonably requested by Waldman for that purpose.

I understand and agree that the effect of this Work-for-Hire Agreement and Copyright Assignment is that I am releasing all claims of any kind to the finished product or products and that such works shall be exclusively owned by Waldman in all respects. In the event I wish to utilize any work created for Waldman for any personal use (whether commercial or otherwise) I will first inform and obtain written approval from Waldman. I understand that Waldman will agree to such use by me if such use is outside the field of printed publications...

If at any time Waldman or I take any action that is inconsistent with any of these terms, such action shall not be a waiver of that term by Waldman or me, and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment supercedes any previous and/or current arrangements, agreements and/or practices that may be or may have been in place between myself and Waldman, and that any materials, drafts and/or works that I have produced for Waldman to date are subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By:  _George Guzman_____          Date:  _December 18, 2003_

Printed
Name:  ___George Guzman_____

Exhibit A

Little Princess Fun Pads



**David O. Miller**
2 Dean Court
East Northport, NY 11731
631-266-6875
djmiller@i-2000.com
www.i2.i-2000.com/~djmiller/

# INVOICE

## Purchase of Illustrations Invoice

| | |
|---|---|
| *Date:* November 13, 2003 | *Attention:* Rochelle Larkin |
| *Client:* **Waldman Publishing Corp.**<br>570 Seventh Ave<br>New York, NY 10018-1603<br>212-730-9590 | *Illustrators Job Number:* 110103<br><br>*Clients Job Number or PO:* |

*Assignment Description:*

Purchase of color illustration
for the cover of the book
"Christmas Fun Pad".



Fee:        $300.00

12/10/03
231-4
7
6150

17232
12/15/03
$300

*Itemized Expenses, (Other Billable Items):*

Shipping

F6826 - 33

CA

| | |
|---|---|
| Expenses: | $00.00 |
| Total: | $300.00 |
| Minus Payments on Account: | $00.00 |
| **Balance Due:** | **$300.00** |

**Social Security: 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**
**Make checks payable to David O. Miller**

*1. Time for payment.* Payment is due within thirty (30) days of receipt of
invoice. A 1 1/2 % monthly service charge will be billed for late payment.

*2. Default in payment.* The Client shall assume responsibility for all col-
lection of legal fees necessitated by default in payment.

*3. Grant of rights.* The grant of reproduction rights is conditioned on
receipt of payment.

*4. Acceptance of terms.* The acceptance of this invoice shall evidence
acceptance of these terms.

Date: **November 13, 2003**

*David O. Miller, Miller Design/Illustration*
**Member Graphic Artist Guild of New York**

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re: TRANSPORTATION STICKERS

I, the undersigned, understand and agree that Waldman Publishing Corp. ("Waldman") has commissioned me to produce for Waldman on a work-for-hire basis certain graphic and/or textual materials and/or other works that Waldman may use in connection with the project described in the attached Exhibit A, as well as in connection with possible future projects. I acknowledge that Waldman is relying on me not to provide Waldman with works that violate any intellectual property rights of any person or entity. I agree not to disclose any information relating to the works I create for Waldman to any competitor of Waldman, and I also agree that I will keep all the terms of this agreement and the details and specifications of Waldman's projects and contemplated projects completely confidential.

I understand and agree that all copyrights and rights of copyright in and to any and all materials and/or drafts I create for Waldman, including all finished products, shall be owned exclusively by Waldman. This includes ownership of all physical copies of the finished product and all drafts and/or sketches leading up to the finished product.

I also hereby assign and agree to assign to Waldman all copyrights and rights of copyright in and to any and all materials and/or drafts I have created in the past or will create in the future for Waldman, and I agree to cooperate with Waldman in the recordation of any such assignment, including by furnishing any information and/or executing any documentation reasonably requested by Waldman for that purpose.

I understand and agree that the effect of this Work-for-Hire Agreement and Copyright Assignment is that I am releasing all claims of any kind to the finished product or products and that such works shall be exclusively owned by Waldman in all respects. In the event I wish to utilize any work created for Waldman for any personal use (whether commercial or otherwise) I will first inform and obtain written approval from Waldman. I understand that Waldman will agree to such use by me if such use is outside the field of printed publications...

If at any time Waldman or I take any action that is inconsistent with any of these terms, such action shall not be a waiver of that term by Waldman or me, and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment supercedes any previous and/or current arrangements, agreements and/or practices that may be or may have been in place between myself and Waldman, and that any materials, drafts and/or works that I have produced for Waldman to date are subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By: _George Hexmoor_____    Date: _March 4, 2004_

Printed
Name: GEORGE GUZMAN

Exhibit A


Description of project:

CARS TRAINS BOATS PLANES B93-6
2 sheets of stickers

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re: D7126 Christmas Sticker Book Series

I, _Maureen N. Sullivan_, understand and agree that Waldman
Publishing Corp. ("Waldman") has commissioned me to produce for
Waldman on a work-for-hire basis certain graphic and/or textual
materials and/or other works that Waldman may use in connection with
the project described in the attached Exhibit A, as well as in
connection with possible future projects.  I acknowledge that
Waldman is relying on me not to provide Waldman with works that
violate any intellectual property rights of any person or entity.  I
agree not to disclose any information relating to the works I create
for Waldman to any competitor of Waldman, and I also agree that I
will keep all the terms of this agreement and the details and
specifications of Waldman's projects and contemplated projects
completely confidential.

I understand and agree that all copyrights and rights of copyright in
and to any and all materials and/or drafts I create for Waldman,
including all finished products, shall be owned exclusively by
Waldman.  This includes ownership of all physical copies of the
finished product and all drafts and/or sketches leading up to the
finished product.

I also hereby assign and agree to assign to Waldman all copyrights
and rights of copyright in and to any and all materials and/or drafts
I have created in the past or will create in the future for Waldman,
and I agree to cooperate with Waldman in the recordation of any such
assignment, including by furnishing any information and/or executing
any documentation reasonably requested by Waldman for that purpose.

I understand and agree that the effect of this Work-for-Hire
Agreement and Copyright Assignment is that I am releasing all claims
of any kind to the finished product or products and that such works
shall be exclusively owned by Waldman in all respects.  In the event
I wish to utilize any work created for Waldman for any personal use
(whether commercial or otherwise) I will first inform and obtain
written approval from Waldman.  I understand that Waldman will agree
to such use by me if such use is outside the field of printed
publications...

If at any time Waldman or I take any action that is inconsistent with
any of these terms, such action shall not be a waiver of that term by
Waldman or me, and all the terms of this letter will continue to bind
us both.

I understand and agree that this Work-for-Hire Agreement / Copyright
Assignment supercedes any previous and/or current arrangements,
agreements and/or practices that may be or may have been in place
between myself and Waldman, and that any materials, drafts and/or
works that I have produced for Waldman to date are subject to the
terms set forth here.

ACKNOWLEDGED AND AGREED

By: _Maureen N. Sulliv_ Date: _0/2/06_

Printed
Name: _Maureen N. Sullivan_

Exhibit A

Freelance writing, editing and art directing for D7126 Christmas Sticker Book Series

WORK-FOR-HIRE AGREEMENT / COPYRIGHT ASSIGNMENT

Re: **D7120**

Four Books Of Sticker Fun Activity Books

I, _Sandra Schmeil_, understand and agree that Waldman
Publishing Corp. ("Waldman") has commissioned me to produce for
Waldman on a work-for-hire basis certain graphic and/or textual
materials and/or other works that Waldman may use in connection with
the project described in the attached Exhibit A, as well as in
connection with possible future projects.  I acknowledge that
Waldman is relying on me not to provide Waldman with works that
violate any intellectual property rights of any person or entity.  I
agree not to disclose any information relating to the works I create
for Waldman to any competitor of Waldman, and I also agree that I
will keep all the terms of this agreement and the details and
specifications of Waldman's projects and contemplated projects
completely confidential.

I understand and agree that all copyrights and rights of copyright in
and to any and all materials and/or drafts I create for Waldman,
including all finished products, shall be owned exclusively by
Waldman.  This includes ownership of all physical copies of the
finished product and all drafts and/or sketches leading up to the
finished product.

I also hereby assign and agree to assign to Waldman all copyrights
and rights of copyright in and to any and all materials and/or drafts
I have created in the past or will create in the future for Waldman,
and I agree to cooperate with Waldman in the recordation of any such
assignment, including by furnishing any information and/or executing
any documentation reasonably requested by Waldman for that purpose.

I understand and agree that the effect of this Work-for-Hire
Agreement and Copyright Assignment is that I am releasing all claims
of any kind to the finished product or products and that such works
shall be exclusively owned by Waldman in all respects.  In the event
I wish to utilize any work created for Waldman for any personal use
(whether commercial or otherwise) I will first inform and obtain
written approval from Waldman.  I understand that Waldman will agree
to such use by me if such use is outside the field of printed
publications...

If at any time Waldman or I take any action that is inconsistent with
any of these terms, such action shall not be a waiver of that term by

Waldman or me, and all the terms of this letter will continue to bind us both.

I understand and agree that this Work-for-Hire Agreement / Copyright Assignment supercedes any previous and/or current arrangements, agreements and/or practices that may be or may have been in place between myself and Waldman, and that any materials, drafts and/or works that I have produced for Waldman to date are subject to the terms set forth here.

ACKNOWLEDGED AND AGREED

By: _Sandra Schmeil_    Date: _2/3/06_

Printed
Name: _Sandra Schmeil_

Exhibit A

Preparation of designs and layouts for **D7120**
Four Books Of Sticker Fun Activity Books