**C | T | S | W**

COHEN TAUBER SPIEVACK & WAGNER LLP

RECEIVED
APR 2 6 2007
CHAMBERS OF
LEONARD B. SAND

Stephen Wagner

Direct:   212-381-8732
Email:   swagner@ctswlaw.com

**MEMO ENDORSED**

April 25, 2007

**VIA HAND DELIVERY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-26-07

Honorable Leonard B. Sand
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1581

Re:    *Playmore Inc. Publishers v. Waldman Publishing Corp.*
       07 Civ. 3057 (LBS)

Dear Judge Sand:

        We represent Defendant Waldman Publishing Corp. ("Waldman") in this matter.
At yesterday's appearance on Plaintiff Playmore Inc., Publishers' ("Playmore") motion
for a preliminary injunction, at which I was not present, Your Honor set this matter down
for a hearing on May 7, 2007. I am writing, with the consent of Playmore's counsel, to
respectfully request that the hearing be adjourned until May 9th. The reason for my
request is that my daughter will be getting married on May 7th. This is the first request
for an adjournment of the hearing, and it will not affect any other dates set by this Court.
We thank the Court for its consideration of this request.

                                Respectfully submitted,

                                *[signature]*

                                Stephen Wagner

cc:    John Wait, Esq. (via email on April 25, 2007)

**MEMO ENDORSED**

*[signature]*
√5b 8
4/26/07

420 Lexington Avenue  |  New York, New York 10170  |  Phone: 212.586.5800  |  Fax: 212.586.5095  |  www.ctswlaw.com