UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLAYMORE, INC., PUBLISHERS

                          Plaintiff,

        -against-

WALDMAN PUBLISHING CORP.,

                          Defendant.

07 CV 3057 (LBS)

**NOTICE OF APPEARANCE**

FILED ELECTRONICALLY

PLEASE TAKE NOTICE that Thomas Kjellberg of the law firm of Cowan, Liebowitz & Latman, P.C. hereby appears as co-counsel for defendant Waldman Publishing Corp. in the above-captioned action and for the purpose of being added to the list of ECF notice recipients.

Dated: New York, New York
        April 1, 2007

                          COWAN, LIEBOWITZ & LATMAN, P.C.


                          By:   /s/ Thomas Kjellberg

                              Thomas Kjellberg (TK-0605)

                          1133 Avenue of the Americas
                          New York, New York 10036
                          212-790-9200

27559/000/789684.1