UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

PLAYMORE INC. PUBLISHERS,

           Plaintiff,

    -against-

WALDMAN PUBLISHING CORP.,

           Defendant.

------------------------------------x

07 Civ. 3057 (LBS) (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

The November 20, 2007 second settlement conference is adjourned at plaintiff's request (and with defendant's consent) to November 29, 2007 at 9:30 a.m.

    SO ORDERED.

Dated:    New York, New York
           November 21, 2007

                                 Andrew J. Peck
                                 United States Magistrate Judge

Copies **by fax & ECF** to:    John A. Wait, Esq.
                                    Richard B. Cohen, Esq.
                                    Stephen Wagner, Esq.
                                    Sari E. Kolatch, Esq.
                                    Yamuna Bhaskaran, Esq.
                                    Thomas Kjellberg, Esq.
                                    Judge Leonard B. Sand

C:\OPIN\