UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

PLAYMORE INC. PUBLISHERS,                :

            Plaintiff,                      :         07 Civ. 3057 (LBS) (AJP)

          -against-                        :         ORDER FOR SETTLEMENT CONFERENCE

WALDMAN PUBLISHING CORP.,                :

            Defendant.                      :

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/14/08

**ANDREW J. PECK, United States Magistrate Judge:**

        A settlement conference is scheduled for January 23, 2008 at 9:30 a.m. before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street. Counsel attending the conference must have full settlement authority and their client(s) must be present at the conference.

        On or before noon on January 22, 2008, counsel shall provide an updated confidential settlement memorandum to my chambers by fax (212-805-7933). The memorandum shall not be filed with the Clerk of the Court nor provided to opposing counsel.

        Also, counsel are to advise re status of the "buckets" by January 18, 2008.

C:\ORD\

2

The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED:  New York, New York
January 14, 2008

Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   John A. Wait, Esq.
Stephen Wagner, Esq.
Judge Leonard B. Sand

C:\ORD\