UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

PLAYMORE INC. PUBLISHERS,                :

             Plaintiff,                      :      07 Civ. 3057 (LBS) (AJP)

           -against-                     :      **ORDER OF DISMISSAL ON CONSENT**

WALDMAN PUBLISHING CORP.,                :

             Defendant.                      :

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on January 23, 2008, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that the Court (Magistrate Judge Peck) retains jurisdiction of the action through July 1, 2008 pursuant to the terms of the settlement. Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:     New York, New York
              January 23, 2008

                                             Andrew J. Peck
                                       United States Magistrate Judge

Copies **by fax & ECF** to:    John A. Wait, Esq.
                                  Stephen Wagner, Esq.
                                  Sari E. Kolatch, Esq.
                                  Judge Leonard B. Sand

C:\ORD\DISMISS