

Fox Rothschild LLP
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900 Fax 212.692.0940
www.foxrothschild.com



RECEIVED
MAY 09 2008
CHAMBERS OF
ANDREW J. PECK

John A. Wait
Direct Dial (212) 878-7907
Internet Address: jwait@foxrothschild.com

May 9, 2008

**VIA FACSIMILE: (212) 805-7933**
The Honorable Magistrate Judge Andrew J. Peck
United States Courthouse
500 Pearl Street Room 1370
New York, NY 10007

Re: **Playmore, Inc., Publishers v. Waldman Publishing Corp.**
    **Civil Action No. 07-3057 (LBS) (AJP)**

Dear Judge Peck:

This Firm represents plaintiff Playmore, Inc., Publishers ("Playmore") in the above-captioned matter. We write to report on the status of the case. Counsel for Waldman Publishing Corp. ("Waldman") has reviewed and consents to the contents of this report.

The parties and counsel met on Thursday, May 8, 2008 to exchange information and discuss the potential for resolving the outstanding issues in the case. During the meeting it became clear that the parties need to exchange additional financial information prior to engaging in substantive settlement negotiations.

The parties have identified specific information that they will exchange early next week. The parties hope that once this information is exchanged that they will be in a position to work toward a global settlement. At this juncture, the parties require additional time to work through these issues.

With the Court's permission counsel will submit an additional progress report to the Court on or before May 23, 2008.

Respectfully submitted,

John A. Wait

cc: Steven Wagner (by email)

NY1 118265v1 05/09/08

**MEMO ENDORSED** 5/9/08
Approved.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

A Pennsylvania Limited Liability Partnership

California   Delaware   Florida   Nevada   New Jersey   New York   Pennsylvania

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** **May 9, 2008**                              **Total Number of Pages: 2**

| TO | FAX NUMBER |
|---|---|
| John A. Wait, Esq. | 212-692-0940 |
| Stephen Wagner, Esq. | 212-586-5095 |
| Thomas Kjellberg, Esq. | 212-575-0671 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 5/9/08**

**Approved.**