USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 5/27/08



Fox Rothschild LLP
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

RECEIVED
MAY 23 2008
CHAMBERS OF
ANDREW J. PECK

John A. Wait
Direct Dial (212) 878-7907
Internet Address: jwait@foxrothschild.com

May 23, 2008

**VIA FACSIMILE:** (212) 805-7933
The Honorable Magistrate Judge Andrew J. Peck
United States Courthouse
500 Pearl Street Room 1370
New York, NY 10007

Re:   **Playmore, Inc., Publishers v. Waldman Publishing Corp.**
      **Civil Action No. 07-3057 (LBS) (AJP)**

Dear Judge Peck:

This Firm represents plaintiff Playmore, Inc., Publishers ("Playmore") in the above-captioned matter. We write to report on the status of the case. Counsel for Waldman Publishing Corp. ("Waldman") has reviewed and consents to the contents of this report.

The parties and counsel continue to exchange information and discuss the potential for resolving the outstanding issues in the case. The parties need to exchange additional financial information prior to engaging in substantive settlement negotiations.

With the Court's permission counsel will submit an additional progress report to the Court on or before May 30, 2008.

Respectfully submitted,

John A. Wait
cc:   Steven Wagner (by email: swagner@ctswlaw.com)

BY FAX

**MEMO ENDORSED** 5/27/08

Approved. The report will be get for [illegible] — [illegible], [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] (if [illegible] [illegible] any new [illegible], [illegible] will say).

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

NY1 118265v2 05/23/08

A Pennsylvania Limited Liability Partnership

California   Delaware   Florida   Nevada   New Jersey   New York   Pennsylvania

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** May 27, 2008                              **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| John A. Wait, Esq. | 212-692-0940 |
| Stephen Wagner, Esq. | 212-586-5095 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 5/27/08**

Approved. Thereafter, no set dates will be set for progress reports – rather, you should contact the Court when you need judicial intervention (and I hope you will not!).